No. 23-1733

In the
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ADAM KANUSZEWSKI, *et al.*,

      Plaintiffs-Appellees,

v.

MICHIGAN DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

      Defendants-Appellants.

Appeal from the United States District Court
Eastern District of Michigan, Northern Division
Honorable Thomas Ludington

**DEFENDANTS-APPELLANTS' CORRECTED JOINT APPENDIX**

Daniel J. Ping (P81482)
Aaron W. Levin (P81310)
Assistant Attorneys General
Counsel of Record
Attorneys for Defendants-Appellants
State Defendants
Michigan Dep't of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
(517) 335-7632

Jeremy C. Kennedy (P64821)
Jerold Lax (P16470)
Pear Sperling Eggan & Daniels, P.C.
24 Frank Lloyd Wright Drive
Ste. D-2000
Ann Arbor, Michigan 48105
Counsel for Defendants-Appellants
Neonatal BioBank & Christoper Krause
(734) 665-4441

Dated:  November 28, 2023

## TABLE OF CONTENTS

| Description | Admitted into Evidence | Page No. |
|---|---|---|
| District Court Docket | | Appendix Page 1 |
| Plaintiff's Trial Exhibit 6 | PageID.6336-6337 | Appendix Page 35 |
| Plaintiff's Trial Exhibit 7 | PageID.6291-6220 | Appendix Page 40 |
| Plaintiff's Trial Exhibit 30 | PageID.6245 | Appendix Page 46 |

i

CLOSED,APPEAL,BENCH_TRIAL,REOPENED,reassigned

## U.S. District Court
## Eastern District of Michigan (Bay City)
## CIVIL DOCKET FOR CASE #: 1:18-cv-10472-TLL-PTM

| | |
|---|---|
| Kanuszewski et al v Michigan Department of Health and Human Services et al | Date Filed: 02/08/2018 |
| | Date Terminated: 07/28/2023 |
| Assigned to: District Judge Thomas L. Ludington | Jury Demand: None |
| Referred to: Magistrate Judge Patricia T. Morris | Nature of Suit: 440 Civil Rights: Other |
|     Magistrate Judge David R. Grand (Settlement) | Jurisdiction: Federal Question |
| Case in other court: U.S. Court of Appeals - Sixth Circuit, 18-01896 | |
| Cause: 42:1983 Civil Rights Act | |

**Plaintiff**

**Adam Kanuszewski**                    represented by **Philip L. Ellison**
Outside Legal Counsel PLC
P.O. Box 107
Hemlock, MI 48626
989-642-0055
Fax: 888-398-7003
Email: pellison@olcplc.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley Kanuszewski**                    represented by **Philip L. Ellison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**D W L (Minor Child)**                    represented by **Philip L. Ellison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R F K (Minor Child)**                    represented by **Philip L. Ellison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**C K K (Minor Child)**                    represented by **Philip L. Ellison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shannon LaPorte**                    represented by **Philip L. Ellison**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M T L (Minor Child)**                          represented by **Philip L. Ellison**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**E M O (Minor Child)**                          represented by **Philip L. Ellison**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lynnette Wiegand**                             represented by **Philip L. Ellison**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**L R W (Minor Child)**                          represented by **Philip L. Ellison**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**C J W (Minor Child)**                          represented by **Philip L. Ellison**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**H J W (Minor Child)**                          represented by **Philip L. Ellison**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**M L W (Minor Child)**                          represented by **Philip L. Ellison**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Shannon LaPorte**                              represented by **Philip L. Ellison**
*individually and as parent-guardian and*       (See above for address)
*next friend to her son, B.O., Consolidated*     *LEAD ATTORNEY*
*from 20-10089*                                  *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Michigan Department of Health and**            represented by **Aaron W. Levin**
**Human Services**                               MI Department of Attorney General
                                                Corporate Oversight Division
                                                525 W. Ottawa
Defendants-Appellants Appendix
Page 2

PO Box 30755
Lansing, MI 48909
517-373-1160
Email: LevinA@michigan.gov
*ATTORNEY TO BE NOTICED*

**Christopher L. Kerr**
Michigan Department of Attorney General
P.O. Box 30736
Lansing, MI 48909
517-335-7632
Fax: 517-335-6755
Email: kerrc2@michigan.gov
*ATTORNEY TO BE NOTICED*

**Daniel J. Ping**
Michigan Department of Attorney General
525 W. Ottowa Street
Lansing, MI 48909
517-335-7650
Fax: 517-335-7653
Email: PingD@michigan.gov
*ATTORNEY TO BE NOTICED*

**Joshua Vincent**
Hinshaw & Culbertson LLP
151 N. Franklin Street
Ste 2500
Chicago, IL 60606
312-704-3463
Email: jvincent@hinshawlaw.com
*ATTORNEY TO BE NOTICED*

**Santiago Rios**
Department of Attorney General
Corporate Oversight Division
525 W. Ottawa
P.O. Box 30755
Lansing, MI 48933
517-373-1160
Fax: 517-335-6755
Email: rioss3@michigan.gov
*TERMINATED: 01/28/2021*
*ATTORNEY TO BE NOTICED*

**Thomas S. Marks**
MI Dept of Atty Gen
Corporate Oversight Division
P.O. Box 30755
Lansing, MI 48909
517-241-6502
Fax: 517-241-6515
Email: markst@michigan.gov

*TERMINATED: 01/28/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nick Lyons**                          represented by   **Aaron W. Levin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher L. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel J. Ping**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Vincent**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Santiago Rios**
(See above for address)
*TERMINATED: 01/28/2021*
*ATTORNEY TO BE NOTICED*

**Thomas S. Marks**
(See above for address)
*TERMINATED: 01/28/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sandip Shah**                         represented by   **Aaron W. Levin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher L. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel J. Ping**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Vincent**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Santiago Rios**
(See above for address)
*TERMINATED: 01/28/2021*
*ATTORNEY TO BE NOTICED*

**Thomas S. Marks**
(See above for address)

*TERMINATED: 01/28/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sarah Lyon-Callo**                    represented by    **Aaron W. Levin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher L. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel J. Ping**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Vincent**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Santiago Rios**
(See above for address)
*TERMINATED: 01/28/2021*
*ATTORNEY TO BE NOTICED*

**Thomas S. Marks**
(See above for address)
*TERMINATED: 01/28/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mary Kleyn**                    represented by    **Aaron W. Levin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher L. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel J. Ping**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Vincent**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Santiago Rios**
(See above for address)
*TERMINATED: 01/28/2021*
*ATTORNEY TO BE NOTICED*

**Thomas S. Marks**
(See above for address)

*TERMINATED: 01/28/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michigan Neonatal Biobank, Inc**                    represented by    **Aaron W. Levin**
*also known as*                                                          (See above for address)
Michigan Neonatal Biorepository                                        *ATTORNEY TO BE NOTICED*

                                                                        **Jeremy C. Kennedy**
                                                                        Pear sperling Eggan & Daniels, P.C.
                                                                        24 Frank Lloyd Wright Drive
                                                                        Suite D2000
                                                                        Ann Arbor, MI 48105
                                                                        734-665-4441
                                                                        Fax: 734-665-8788
                                                                        Email: jkennedy@psedlaw.com
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Jerold Lax**
                                                                        Pear Sperling Eggan & Daniels, P.C.
                                                                        24 Frank Lloyd Wright Drive
                                                                        Ann Arbor, MI 48105
                                                                        734-665-4441
                                                                        Fax: 734-665-8788
                                                                        Email: jlax@psedlaw.com
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Joshua Vincent**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Antonio Yancey**                                    represented by    **Aaron W. Levin**
*TERMINATED: 01/31/2023*                                                (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Daniel J. Ping**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Jeremy C. Kennedy**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Jerold Lax**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Joshua Vincent**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Thomas F. Cavalier**
                                                                        Wayne State University

Office of the General Counsel
656 W. Kirby
4249 FAB
Detroit, MI 48202
313-577-2268
Fax: 313-577-8877
Email: thomas.cavalier@wayne.edu
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harry Hawkins**
*TERMINATED: 07/09/2021*

represented by **Aaron W. Levin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel J. Ping**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Vincent**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Gordon**

represented by **Aaron W. Levin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher L. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel J. Ping**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Vincent**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Santiago Rios**
(See above for address)
*TERMINATED: 01/28/2021*
*ATTORNEY TO BE NOTICED*

**Thomas S. Marks**
(See above for address)
*TERMINATED: 01/28/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Elizabeth Hertel**

represented by **Aaron W. Levin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher L. Kerr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel J. Ping**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Vincent**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christopher Krause**                           represented by    **Aaron W. Levin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel J. Ping**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy C. Kennedy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jerold Lax**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Vincent**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas F. Cavalier**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**Mary Seeterlin**                               represented by    **Aaron W. Levin**
*Consolidated from 20-10089*                                      (See above for address)
*TERMINATED: 09/20/2021*                                          *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher L. Kerr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2018 | 1 | [STRICKEN] COMPLAINT filed by All Plaintiffs against All Defendants with Jury Demand. No summons requested. Receipt No: 0645-6594378 - Fee: $ 400. County of 1st Plaintiff: Arenac - County Where Action Arose: Wayne - County of 1st Defendant: Ingham. [Previously dismissed case: No] [Possible companion case(s): None] (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) (Ellison, Philip) Modified on 2/14/2018 (KWin). (Entered: 02/08/2018) |
| 02/12/2018 | | A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form is available for download at http://www.mied.uscourts.gov (DPer) (Entered: 02/12/2018) |
| 02/12/2018 | 2 | Notice of Corrected Judicial Assignment due to Clerical Error: Reassigned from * District Judge David M. Lawson* and *Magistrate Judge Stephanie Dawkins Davis* to District Judge Thomas L. Ludington and Magistrate Judge Patricia T. Morris (SSch) (Entered: 02/12/2018) |
| 02/14/2018 | | NOTICE of Error directed to: Philip L. Ellison re 1 Complaint. Per Local Rule 5.1(a)(2) all papers must be...double spaced. Document 1 is Stricken and Shall be Re-filed after Correction is Made. [No Image Associated with this docket entry] (KWin) (Entered: 02/14/2018) |
| 02/17/2018 | 3 | AMENDED COMPLAINT with Jury Demand filed by All Plaintiffs against All Defendants. NO NEW PARTIES ADDED. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Disorders List, # 3 Exhibit B - Policy No 11.1, # 4 Exhibit C - Tax Filing, # 5 Exhibit D - Nick Lyon Letter, # 6 Exhibit E - UofM Article, # 7 Exhibit F - Twitter Tweet, # 8 Exhibit G - LSJ Article, # 9 Exhibit H - Statute) (Ellison, Philip) (Entered: 02/17/2018) |
| 03/09/2018 | 4 | ATTORNEY APPEARANCE: Thomas S. Marks appearing on behalf of Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah (Marks, Thomas) (Entered: 03/09/2018) |
| 03/09/2018 | 5 | ATTORNEY APPEARANCE: Christopher L. Kerr appearing on behalf of Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah (Kerr, Christopher) (Entered: 03/09/2018) |
| 03/09/2018 | 6 | WAIVER OF SERVICE Returned Executed. Mary Kleyn waiver sent on 2/16/2018, answer due 4/17/2018; Sarah Lyon-Callo waiver sent on 2/16/2018, answer due 4/17/2018; Nick Lyons waiver sent on 2/16/2018, answer due 4/17/2018; Michigan Department of Health and Human Services waiver sent on 2/16/2018, answer due 4/17/2018; Sandip Shah waiver sent on 2/16/2018, answer due 4/17/2018. (Ellison, Philip) (Entered: 03/09/2018) |
| 03/28/2018 | 7 | WAIVER OF SERVICE Returned Executed. Michigan Neonatal Biobank, Inc waiver sent on 2/9/2018, answer due 4/10/2018; Antonio Yancey waiver sent on 2/9/2018, answer due 4/10/2018. (Ellison, Philip) (Entered: 03/28/2018) |
| 04/06/2018 | 8 | NOTICE of Appearance by Thomas F. Cavalier on behalf of Antonio Yancey. (Cavalier, Thomas) (Entered: 04/06/2018) |
| 04/09/2018 | 9 | Ex Parte MOTION for Leave to File Excess Pages by Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah. (Kerr, Christopher) (Entered: 04/09/2018) |

| 04/09/2018 | 10 | RESPONSE to 9 Ex Parte MOTION for Leave to File Excess Pages filed by All Plaintiffs. (Ellison, Philip) (Entered: 04/09/2018) |
| 04/11/2018 | 11 | NOTICE of Appearance by Jerold Lax on behalf of Antonio Yancey. (Lax, Jerold) (Entered: 04/11/2018) |
| 04/11/2018 | 12 | NOTICE of Appearance by Jerold Lax on behalf of Michigan Neonatal Biobank, Inc. (Lax, Jerold) (Entered: 04/11/2018) |
| 04/11/2018 | 13 | NOTICE of Appearance by Jeremy C. Kennedy on behalf of Michigan Neonatal Biobank, Inc, Antonio Yancey. (Kennedy, Jeremy) (Entered: 04/11/2018) |
| 04/11/2018 | 14 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by Michigan Neonatal Biobank, Inc identifying Corporate Parent Michigan Neonatal BioBank, Inc. for Michigan Neonatal Biobank, Inc. (Kennedy, Jeremy) (Entered: 04/11/2018) |
| 04/11/2018 | 15 | MOTION to Dismiss by Michigan Neonatal Biobank, Inc, Antonio Yancey. (Kennedy, Jeremy) (Entered: 04/11/2018) |
| 04/11/2018 | 16 | NOTICE of Appearance by Thomas F. Cavalier on behalf of Antonio Yancey. (Cavalier, Thomas) (Entered: 04/11/2018) |
| 04/11/2018 | 17 | NOTICE of Joinder/Concurrence in 15 MOTION to Dismiss filed by Antonio Yancey, Michigan Neonatal Biobank, Inc by Antonio Yancey (Cavalier, Thomas) (Entered: 04/11/2018) |
| 04/12/2018 | 18 | ORDER Granting 9 Motion for a Page Extension. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 04/12/2018) |
| 04/13/2018 | 19 | NOTICE OF HEARING on 15 MOTION to Dismiss. **Motion Hearing set for 7/25/2018 at 3:00 PM before District Judge Thomas L. Ludington.** (KWin) (Entered: 04/13/2018) |
| 04/13/2018 | 20 | ATTORNEY APPEARANCE: Aaron W. Levin appearing on behalf of Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah (Levin, Aaron) (Entered: 04/13/2018) |
| 04/17/2018 | 21 | MOTION to Dismiss *with Supporting Brief* by Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah. (Attachments: # 1 Index of Exhibits Index of Exhibits, # 2 Exhibit Exhibits 1-12) (Kerr, Christopher) (Entered: 04/17/2018) |
| 04/18/2018 | 22 | NOTICE OF HEARING on 21 MOTION to Dismiss *with Supporting Brief.* **Motion Hearing set for 7/25/2018 at 3:00 PM before District Judge Thomas L. Ludington.** (KWin) (Entered: 04/18/2018) |
| 04/18/2018 | 23 | MOTION to Strike 21 MOTION to Dismiss *with Supporting Brief* by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B) (Ellison, Philip) (Entered: 04/18/2018) |
| 04/20/2018 | 24 | MOTION for Order *Setting New Deadline on Plaintiffs Response* by All Plaintiffs. (Ellison, Philip) (Entered: 04/20/2018) |
| 04/25/2018 | 25 | ORDER Denying 23 Motion to Strike and Granting 24 Motion for an Extension. (**Plaintiff's Response to 21 Motion to Dismiss due by 5/16/2018.** ) Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 04/25/2018) |
| 04/30/2018 | 26 | AMENDED COMPLAINT with Jury Demand *First Amended Complaint* filed by All Plaintiffs against All Defendants. NEW PARTIES ADDED. (Attachments: # 1 Index of |

| | | |
|---|---|---|
| | | Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R) (Ellison, Philip) (Entered: 04/30/2018) |
| 05/02/2018 | 27 | RESPONSE to 15 MOTION to Dismiss filed by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Tiffany Decision, # 3 Exhibit B - Ling Decision) (Ellison, Philip) (Entered: 05/02/2018) |
| 05/11/2018 | 28 | Stipulated ORDER for Extension of Time to Respond to Plaintiff's First 26 Amended Complaint. (**Response due by 5/29/2018.**) Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 05/11/2018) |
| 05/23/2018 | 29 | MOTION for Leave to File Excess Pages by Michigan Department of Health and Human Services. (Marks, Thomas) (Entered: 05/23/2018) |
| 05/24/2018 | 30 | RESPONSE to 29 MOTION for Leave to File Excess Pages filed by All Plaintiffs. (Ellison, Philip) (Entered: 05/24/2018) |
| 05/24/2018 | 31 | ORDER Granting 29 Motion for a Page Extension. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 05/24/2018) |
| 05/29/2018 | 32 | MOTION to Dismiss *Plaintiffs' First Amended Complaint* by Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1 - Newborn Screening Questions & Answers, # 3 Exhibit 2 - Newborn Screening Pamphlet, # 4 Exhibit 3 - APF 111 Newborn Screening Specimens, # 5 Exhibit 4 - Residual Newborn Screening Blood Spot Directive, # 6 Exhibit 5 - APF 114 Guidelines for Research Use of Dried Blood Spots, # 7 Exhibit 6 - Application & Approval, # 8 Exhibit 7 - After Newborn Screening Your Babys Blood Spots Pamphlet, # 9 Exhibit 8 - BioTrust Frequently Asked Questions, # 10 Exhibit 9 - Michigan BioTrust for Health Consent Options, # 11 Exhibit 10 - BioTrust Research Consent Form, # 12 Exhibit 11 - Completed BioTrust Research Consent Forms (Redacted), # 13 Exhibit 12 - Stanley Affidavit, # 14 Exhibit 13 - Kleyn Affidavit) (Marks, Thomas) (Entered: 05/29/2018) |
| 05/29/2018 | 33 | MOTION to Dismiss *Plaintiffs' First Amended Complaint, Brief in Support and Proof of Service* by Michigan Neonatal Biobank, Inc, Antonio Yancey. (Kennedy, Jeremy) (Entered: 05/29/2018) |
| 05/29/2018 | 34 | MOTION to Dismiss *and Brief in Support of Defendant* by Antonio Yancey. (Cavalier, Thomas) (Entered: 05/29/2018) |
| 06/01/2018 | 35 | NOTICE OF HEARING on 33 MOTION to Dismiss *Plaintiffs' First Amended Complaint, Brief in Support and Proof of Service*, 34 MOTION to Dismiss *and Brief in Support of Defendant* and 32 MOTION to Dismiss *Plaintiffs' First Amended Complaint*. **Motion Hearings set for 8/21/2018 at 3:00 PM before District Judge Thomas L. Ludington.** (KWin) (Entered: 06/01/2018) |
| 06/01/2018 | 36 | ORDER Denying as Moot 15 , 21 Motions to Dismiss as Plaintiff Filed First Amended Complaint. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 06/01/2018) |
| 06/19/2018 | 37 | RESPONSE to 34 MOTION to Dismiss *and Brief in Support of Defendant* filed by All Plaintiffs. (Ellison, Philip) (Entered: 06/19/2018) |
| 06/21/2018 | 38 | STIPULATION AND ORDER Extending Response and Reply Brief Deadlines as to 33 MOTION to Dismiss *Plaintiffs' First Amended Complaint and 32 MOTION to Dismiss* |

| | | *Plaintiffs' First Amended Complaint. (**Response due by 7/11/2018**, **Reply due by 8/1/2018.**) Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 06/21/2018)* |
|---|---|---|
| 06/28/2018 | 39 | Ex Parte MOTION for Leave to File Excess Pages by All Plaintiffs. (Ellison, Philip) (Entered: 06/28/2018) |
| 06/28/2018 | 40 | REPLY to Response re 39 Ex Parte MOTION for Leave to File Excess Pages filed by Michigan Neonatal Biobank, Inc, Antonio Yancey. (Kennedy, Jeremy) (Entered: 06/28/2018) |
| 07/02/2018 | 41 | TEXT-ONLY ORDER Granting 39 Motion for Leave to File Excess Pages to no More Than 30 Pages. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 07/02/2018) |
| 07/03/2018 | 42 | REPLY to Response re 34 MOTION to Dismiss *and Brief in Support of Defendant* filed by Antonio Yancey. (Cavalier, Thomas) (Entered: 07/03/2018) |
| 07/03/2018 | 43 | MOTION for Leave to File Excess Pages by All Plaintiffs. (Ellison, Philip) (Entered: 07/03/2018) |
| 07/03/2018 | 44 | TEXT-ONLY ORDER Granting 43 Motion for Leave to File Excess Pages to File Up To 40 Pages. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 07/03/2018) |
| 07/06/2018 | 45 | RESPONSE to 32 MOTION to Dismiss *Plaintiffs' First Amended Complaint* filed by All Plaintiffs. (Attachments: # 1 Exhibit 10th Cir Dubbs Decision) (Ellison, Philip) (Entered: 07/06/2018) |
| 07/06/2018 | 46 | RESPONSE to 33 MOTION to Dismiss *Plaintiffs' First Amended Complaint, Brief in Support and Proof of Service* filed by All Plaintiffs. (Ellison, Philip) (Entered: 07/06/2018) |
| 07/27/2018 | 47 | [STRICKEN] SUR-REPLY re 15 MOTION to Dismiss filed by Michigan Neonatal Biobank, Inc, Antonio Yancey. (Kennedy, Jeremy) Modified on 7/27/2018 - Duplicate Filing (KWin). (Entered: 07/27/2018) |
| 07/27/2018 | 48 | REPLY to Response re 15 MOTION to Dismiss filed by Michigan Neonatal Biobank, Inc, Antonio Yancey. (Kennedy, Jeremy) [REPLY TO 46 RESPONSE TO 33 MOTION TO DISMISS] Modified on 7/27/2018 (KWin). (Entered: 07/27/2018) |
| 07/27/2018 | | NOTICE of Error directed to: Jeremy C. Kennedy re 47 Sur-Reply - Duplicate Filing. [No Image Associated with this docket entry] (KWin) (Entered: 07/27/2018) |
| 08/01/2018 | 49 | REPLY to Response re 32 MOTION to Dismiss *Plaintiffs' First Amended Complaint* filed by Michigan Department of Health and Human Services. (Kerr, Christopher) (Entered: 08/01/2018) |
| 08/07/2018 | | TEXT-ONLY NOTICE: Motion Hearings on 8/21/2018 are Cancelled re 32 MOTION to Dismiss *Plaintiffs' First Amended Complaint*, 33 MOTION to Dismiss *Plaintiffs' First Amended Complaint,* and 34 MOTION to Dismiss. Motions will be Decided on the Filed Papers. (KWin) (Entered: 08/07/2018) |
| 08/08/2018 | 50 | ORDER Granting 32 , 33 , 34 Motions to Dismiss and Dismissing 26 Complaint With Prejudice. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 08/08/2018) |
| 08/08/2018 | 51 | JUDGMENT. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 08/08/2018) |
| 08/08/2018 | 52 | NOTICE OF APPEAL by All Plaintiffs re 51 Judgment. Receipt No: 0645-6851083 - Fee: $ 505 - Fee Status: Fee Paid. (Ellison, Philip) (Entered: 08/08/2018) |

| | | |
|---|---|---|
| 08/08/2018 | 53 | Certificate of Service re 52 Notice of Appeal. (NAhm) (Entered: 08/08/2018) |
| 09/05/2018 | 54 | MOTION for Attorney Fees by Michigan Department of Health and Human Services. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Levin, Aaron) (Entered: 09/05/2018) |
| 09/05/2018 | 55 | MOTION for Attorney Fees by Michigan Neonatal Biobank, Inc, Antonio Yancey. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1 - State Bar of MI 2017 Economics of Law Practice, # 3 Exhibit 2 - PSED Monthly Invoices, # 4 Exhibit 3 - Affidavit of Jeremy Kennedy) (Kennedy, Jeremy) (Entered: 09/05/2018) |
| 09/12/2018 | 56 | NOTICE OF HEARING on 54 MOTION for Attorney Fees and 55 MOTION for Attorney Fees. **Motion Hearings set for 12/5/2018 at 3:00 PM before District Judge Thomas L. Ludington.** (KWin) (Entered: 09/12/2018) |
| 09/24/2018 | 57 | STIPULATION AND ORDER Extending Response and Reply Brief Deadlines as to 54 MOTION for Attorney Fees and 55 MOTION for Attorney Fees. (**Response Briefs due by 10/12/2018, Reply Briefs due by 11/2/2018.**) Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 09/24/2018) |
| 10/05/2018 | 58 | RESPONSE to 54 MOTION for Attorney Fees filed by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B) (Ellison, Philip) (Entered: 10/05/2018) |
| 10/10/2018 | 59 | RESPONSE to 55 MOTION for Attorney Fees filed by All Plaintiffs. (Ellison, Philip) (Entered: 10/10/2018) |
| 11/02/2018 | 60 | REPLY to Response re 54 MOTION for Attorney Fees filed by Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah. (Levin, Aaron) (Entered: 11/02/2018) |
| 11/20/2018 | 61 | STIPULATION AND ORDER Accepting Stipulation in Part and Directing Plaintiff to File a Supplement. (**Supplement due by 11/26/2018.**) Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 11/20/2018) |
| 11/21/2018 | 62 | SUPPLEMENTAL BRIEF re 61 Stipulation and Order, Set Deadlines/Hearings, 59 Response to Motion filed by All Plaintiffs. (Ellison, Philip) (Entered: 11/21/2018) |
| 11/27/2018 | | TEXT-ONLY NOTICE: Motion Hearings on 12/5/2018 are Cancelled re 54 MOTION for Attorney Fees, and 55 MOTION for Attorney Fees. Motions to be Decided on the Filed Papers. (KWin) (Entered: 11/27/2018) |
| 11/29/2018 | 63 | ORDER from U.S. Court of Appeals - Sixth Circuit re 52 Notice of Appeal filed by D W L (Minor Child), M T L (Minor Child), H J W (Minor Child), L R W (Minor Child), C K K (Minor Child), Shannon LaPorte, Lynnette Wiegand, Ashley Kanuszewski, E M O (Minor Child), C J W (Minor Child), M L W (Minor Child), R F K (Minor Child), Adam Kanuszewski [Appeal Case Number 18-1896] (SKra) (Entered: 11/29/2018) |
| 01/24/2019 | 64 | ORDER Granting in Part Defendants' 54 , 55 Motions for Attorney Fees and Directing Supplemental Briefing. (**Defendants Supplemental Brief due by 2/8/2019, Plaintiff's Supplemental Brief due by 2/15/2019 Regarding 54 , 55 Motions for Attorney Fees.** ) Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 01/24/2019) |
| 01/25/2019 | 65 | MOTION to Stay *of Proceedings* by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B) (Ellison, Philip) (Entered: 01/25/2019) |
| 02/07/2019 | 66 | MOTION for Reconsideration re 64 Order,, Set Motion and R&R Deadlines/Hearings, by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D) (Ellison, Philip) (Entered: 02/07/2019) |

| 02/08/2019 | 67 | SUPPLEMENTAL BRIEF re 55 MOTION for Attorney Fees filed by Michigan Neonatal Biobank, Inc, Antonio Yancey. (Attachments: # 1 Exhibit Affidavit of Jeremy Kennedy, # 2 Exhibit 2017 Economics of Law Practice, # 3 Exhibit Affidavit of Mary Gregg) (Kennedy, Jeremy) (Entered: 02/08/2019) |
|---|---|---|
| 02/08/2019 | 68 | RESPONSE to 65 MOTION to Stay of Proceedings filed by Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah. (Levin, Aaron) (Entered: 02/08/2019) |
| 02/08/2019 | 69 | SUPPLEMENTAL BRIEF re 54 MOTION for Attorney Fees filed by Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah. (Levin, Aaron) (Entered: 02/08/2019) |
| 02/08/2019 | 70 | RESPONSE to 65 MOTION to Stay of Proceedings filed by Michigan Neonatal Biobank, Inc, Antonio Yancey. (Kennedy, Jeremy) (Entered: 02/08/2019) |
| 02/13/2019 | 71 | ORDER Directing Response to 66 Motion for Reconsideration. **Response due by 2/22/2019.** Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 02/13/2019) |
| 02/13/2019 | 72 | Emergency MOTION for Extension of Time to File Response/Reply as to 64 Order,, Set Motion and R&R Deadlines/Hearings, by C K K (Minor Child), R F K (Minor Child), Adam Kanuszewski, Ashley Kanuszewski, D W L (Minor Child), M T L (Minor Child), Shannon LaPorte, E M O (Minor Child), C J W (Minor Child), H J W (Minor Child), L R W (Minor Child), M L W (Minor Child), Lynnette Wiegand. (Ellison, Philip) (Entered: 02/13/2019) |
| 02/14/2019 | 73 | ORDER Granting 72 Motion for Extension. (**Plaintiff's Supplemental Brief to 54 , 55 Motion for Attorney Fees due by 2/22/2019.** ) Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 02/14/2019) |
| 02/22/2019 | 74 | RESPONSE to 66 MOTION for Reconsideration re 64 Order,, Set Motion and R&R Deadlines/Hearings, filed by Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah. (Levin, Aaron) (Entered: 02/22/2019) |
| 02/22/2019 | 75 | RESPONSE to 66 MOTION for Reconsideration re 64 Order,, Set Motion and R&R Deadlines/Hearings, filed by Michigan Neonatal Biobank, Inc, Antonio Yancey. (Kennedy, Jeremy) (Entered: 02/22/2019) |
| 02/22/2019 | 76 | SUPPLEMENTAL BRIEF re 64 Order,, Set Motion and R&R Deadlines/Hearings, filed by All Plaintiffs. (Ellison, Philip) (Entered: 02/22/2019) |
| 03/01/2019 | 77 | ORDER Granting 65 Motion to Stay. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 03/01/2019) |
| 06/10/2019 | 78 | OPINION and JUDGMENT from U.S. Court of Appeals - Sixth Circuit re 52 Notice of Appeal filed by D W L (Minor Child), M T L (Minor Child), H J W (Minor Child), L R W (Minor Child), C K K (Minor Child), Shannon LaPorte, Lynnette Wiegand, Ashley Kanuszewski, E M O (Minor Child), C J W (Minor Child), M L W (Minor Child), R F K (Minor Child), Adam Kanuszewski [Appeal Case Number 18-1896] (DWor) (Entered: 06/11/2019) |
| 07/15/2019 | 79 | ORDER from U.S. Court of Appeals - Sixth Circuit re 52 Notice of Appeal filed by D W L (Minor Child), M T L (Minor Child), H J W (Minor Child), L R W (Minor Child), C K K (Minor Child), Shannon LaPorte, Lynnette Wiegand, Ashley Kanuszewski, E M O (Minor Child), C J W (Minor Child), M L W (Minor Child), R F K (Minor Child), Adam Kanuszewski [Appeal Case Number 18-1896] (SKra) (Entered: 07/15/2019) |

| 07/16/2019 | 80 | BILL OF COSTS *(Appellate)* by Adam Kanuszewski, Ashley Kanuszewski, Shannon LaPorte, Lynnette Wiegand (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Ellison, Philip) (Entered: 07/16/2019) |
|---|---|---|
| 07/19/2019 | 81 | ORDER reopening case, vacating 64 Order granting attorney fees, denying 66 Motion for reconsideration, and directing defendants to respond to the complaint. Signed by District Judge Thomas L. Ludington. (DPer) (Entered: 07/22/2019) |
| 07/29/2019 | 82 | ORDER Denying Defendants' 54 , 55 Motions for Attorney Fees. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 07/29/2019) |
| 08/19/2019 | 83 | NOTICE of Appearance by Santiago Rios on behalf of Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah. (Rios, Santiago) (Entered: 08/19/2019) |
| 08/19/2019 | 84 | ANSWER to Amended Complaint with Affirmative Defenses by Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah. (Rios, Santiago) (Entered: 08/19/2019) |
| 08/22/2019 | 85 | ANSWER to Amended Complaint with Affirmative Defenses by Michigan Neonatal Biobank, Inc, Antonio Yancey. (Kennedy, Jeremy) (Entered: 08/22/2019) |
| 08/23/2019 | 86 | ORDER to Submit Material for Case Management Order. (**Short Statement Submitted to Utilities/Proposed Orders due by 9/9/2019.**) Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 08/23/2019) |
| 09/05/2019 | 87 | CERTIFICATE OF SERVICE by Michigan Department of Health and Human Services (Kerr, Christopher) (Entered: 09/05/2019) |
| 09/11/2019 | 88 | Case Management and SCHEDULING ORDER: **Discovery due by 3/18/2020; Settlement Conference set for 3/25/2020 at 2:00 PM before District Judge Thomas L. Ludington; Dispositive Motion Cut-off set for 4/15/2020; Final Pretrial Conference set for 8/4/2020 at 3:00 PM before District Judge Thomas L. Ludington; Jury Trial set for 8/18/2020 at 8:30 AM before District Judge Thomas L. Ludington.** Signed by District Judge Thomas L. Ludington. (Refer to image for additional dates) (KWin) (Entered: 09/11/2019) |
| 11/25/2019 | 89 | CERTIFICATE OF SERVICE by All Defendants (Kerr, Christopher) (Entered: 11/25/2019) |
| 11/25/2019 | 90 | CERTIFICATE OF SERVICE by All Defendants (Kerr, Christopher) (Entered: 11/25/2019) |
| 01/14/2020 | 91 | MOTION to Compel *Discovery against Dr. Yancey* by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Discovery Requests, # 3 Exhibit B - Email) (Ellison, Philip) (Entered: 01/14/2020) |
| 01/31/2020 | 92 | Stipulated Order Extending SCHEDULING ORDER: **Discovery due by 5/18/2020; Settlement Conference set for 5/27/2020 at 02:00 PM before District Judge Thomas L. Ludington; Dispositive Motion Cut-off set for 6/15/2020; Final Pretrial Conference set for 10/6/2020 at 3:00 PM before District Judge Thomas L. Ludington; Jury Trial set for 10/20/2020 at 8:30 AM before District Judge Thomas L. Ludington.** Signed by District Judge Thomas L. Ludington. (Refer to image for additional dates) (KWin) (Entered: 01/31/2020) |
| 02/14/2020 | 93 | MOTION Strike Jury *Demand*, MOTION to Strike *Demand* by Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah. (Attachments: # 1 Exhibit 1) (Kerr, Christopher) (Entered: 02/14/2020) |

| 02/14/2020 | 106 | MOTION to strike jury demand by Robert Gordon, Mary Kleyn, Sarah Lyon-Callo, Mary Seeterlin, Sandip Shah. (filed from 20-10089; see order 104 ) (DPer) (Entered: 04/28/2020) |
|---|---|---|
| 02/16/2020 | 94 | RESPONSE to 93 MOTION Strike Jury *Demand* MOTION to Strike *Demand* filed by All Plaintiffs. (Ellison, Philip) (Entered: 02/16/2020) |
| 02/24/2020 | 95 | REPLY to Response re 93 MOTION Strike Jury *Demand* MOTION to Strike *Demand* filed by Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah. (Attachments: # 1 Exhibit 1) (Levin, Aaron) (Entered: 02/24/2020) |
| 02/26/2020 | 96 | NOTICE OF HEARING on 91 MOTION to Compel *Discovery against Dr. Yancey*. **Motion Hearing set for 3/17/2020 at 11:00 AM before District Judge Thomas L. Ludington.** (KWin) (Entered: 02/26/2020) |
| 02/26/2020 | 97 | NOTICE OF HEARING on 93 MOTION Strike Jury *Demand* MOTION to Strike *Demand*. **Motion Hearing set for 5/6/2020 at 3:00 PM before District Judge Thomas L. Ludington.** (KWin) (Entered: 02/26/2020) |
| 02/27/2020 | 98 | ORDER for Defendants to Show Cause Regarding Change in Caption. **Show Cause Response due by 3/10/2020.** Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 02/27/2020) |
| 03/04/2020 | 99 | RESPONSE TO ORDER TO SHOW CAUSE *Regarding Change in Caption* by Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah. (Levin, Aaron) (Entered: 03/04/2020) |
| 03/09/2020 | 100 | Order Directing Clerk to Amend Case Caption - Signed by District Judge Thomas L. Ludington. (SOso) (Entered: 03/09/2020) |
| 03/09/2020 | 101 | Order Vacating 98 Order to Show Cause. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 03/09/2020) |
| 03/13/2020 | 102 | RE-NOTICE OF HEARING BY TELEPHONE on 91 MOTION to Compel *Discovery against Dr. Yancey*. **TELEPHONIC Motion Hearing set for 3/17/2020 at 11:00 AM before District Judge Thomas L. Ludington. No Change in Date or Time, but Motion will be on the Record, by but Telephone. Use Call-in Number: 888-808-6929; Access Code: 9250878#** (KWin) (Entered: 03/13/2020) |
| 03/16/2020 | 103 | Stipulation and ORDER Granting Plaintiff's 91 Motion to Compel Production of Documents. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 03/16/2020) |
| 03/16/2020 | | TEXT-ONLY NOTICE: Motion Hearing on 3/17/2020 is Cancelled re 91 MOTION to Compel *Discovery against Dr. Yancey*. 103 Stipulation and Order Entered, Which Resolves the Motion. (KWin) (Entered: 03/16/2020) |
| 04/03/2020 | 107 | [DISMISSED PER 116 ORDER] AMENDED COMPLAINT with jury demand filed by Shannon LaPorte against Robert Gordon, Mary Kleyn, Sarah Lyon-Callo, Mary Seeterlin, Sandip Shah. (filed from 20-10089; see order 104 ) (DPer) Modified on 5/14/2020 (KWin). (Entered: 04/28/2020) |
| 04/17/2020 | 108 | MOTION to dismiss first amended complaint by Robert Gordon, Mary Kleyn, Sarah Lyon-Callo, Mary Seeterlin, Sandip Shah. (filed from 20-10089; see order 104 ) (DPer) (Entered: 04/28/2020) |
| 04/18/2020 | 109 | MOTION to exclude exhibits pursuant to Rule 12(d) by Shannon LaPorte. (filed from 20-10089; see order 104 ) (DPer) (Entered: 04/28/2020) |

| 04/27/2020 | | TEXT-ONLY NOTICE: Motion Hearing on 5/6/2020 is Cancelled re 93 MOTION Strike Jury Demand. Motion to be Decided Without Oral Argument on the Filed Papers. (KWin) (Entered: 04/27/2020) |
|---|---|---|
| 04/28/2020 | 104 | ORDER consolidating cases. Signed by District Judge Thomas L. Ludington. (DPer) (Entered: 04/28/2020) |
| 04/28/2020 | 105 | Notice to Parties Regarding Consolidated Case: Order of consolidation entered on *04/28/20*. Designated lead case number is *18-10472*. (DPer) (Entered: 04/28/2020) |
| 04/30/2020 | 110 | REPLY to Response re 106 MOTION to Strike *Jury Demand* filed by Robert Gordon, Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Mary Seeterlin, Sandip Shah. (Attachments: # 1 Index of Exhibits Index of Exhibits, # 2 Exhibit Home Owners Ins Co v Moffitt) (Levin, Aaron) (Entered: 04/30/2020) |
| 04/30/2020 | 111 | RESPONSE to 109 MOTION *to Exclude* filed by Robert Gordon, Mary Kleyn, Sarah Lyon-Callo, Michigan Department of Health and Human Services, Mary Seeterlin, Sandip Shah. (Attachments: # 1 Index of Exhibits Index of Exhibits, # 2 Exhibit Armengau v Cline) (Levin, Aaron) (Entered: 04/30/2020) |
| 05/06/2020 | 112 | NOTICE OF HEARING on 109 MOTION to Exclude, and 108 MOTION to Dismiss. **Motion Hearing set for 7/15/2020 at 4:00 PM before District Judge Thomas L. Ludington.** (KWin) (Entered: 05/06/2020) |
| 05/08/2020 | 113 | ORDER Rejecting Joint Stipulation for Extension of Scheduling Order. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 05/08/2020) |
| 05/11/2020 | 114 | MOTION to Dismiss *Voluntary Pursuant to Rule 41* by Shannon LaPorte. (Ellison, Philip) (Entered: 05/11/2020) |
| 05/14/2020 | 115 | MOTION to Compel *Discovery* by Robert Gordon, Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Mary Seeterlin, Sandip Shah. (Attachments: # 1 Index of Exhibits Index of Exhibits A-T, # 2 Exhibit Authorization for Release of Medical Information Kanuszewski D.W.L., # 3 Exhibit Authorization for Release of Medical Information Kanuszewski D.W.L., # 4 Exhibit Authorization for Release of Medical Information Kanuszewski R.F.K., # 5 Exhibit Authorization for Release of Medical Information Kanuszewski R.F.K., # 6 Exhibit Authorization for Release of Medical Information Kanuszewski C.K.K., # 7 Exhibit Authorization for Release of Medical Information Kanuszewski C.K.K., # 8 Exhibit Authorization for Release of Medical Information LaPorte M.T.L., # 9 Exhibit Authorization for Release of Medical Information LaPorte M.T.L., # 10 Exhibit Authorization for Release of Medication Information LaPorte E.M.O., # 11 Exhibit Authorization for Release of Medication Information LaPorte E.M.O., # 12 Exhibit Authorization for Release of Medical Information Wiegand L.R.W., # 13 Exhibit Authorization for Release of Medical Information Wiegand L.R.W, # 14 Exhibit Authorization for Release of Medical Information C.J.W., # 15 Exhibit Authorization for Release of Medical Information C.J.W., # 16 Exhibit Authorization for Release of Medical Information Wiegand H.J.W., # 17 Exhibit Authorization for Release of Medical Information Wiegand H.J.W., # 18 Exhibit Authorization for Release of Medical Information M.L.W., # 19 Exhibit Authorization for Release of Medical Information M.L.W., # 20 Exhibit Declaration of Aaron W. Levin, # 21 Exhibit State Bar Income and Billing Rate Summary) (Levin, Aaron) (Entered: 05/14/2020) |
| 05/14/2020 | 116 | [AMENDED IN 120 ORDER] ORDER Granting Plaintiffs' 114 Motion to Dismiss, Denying 106 , 108 , 109 Motions As Moot and Dismissing 107 Claims With Prejudice. |

| | | |
|---|---|---|
| | | Signed by District Judge Thomas L. Ludington. (KWin) Modified on 6/2/2020 (KWin). (Entered: 05/14/2020) |
| 05/20/2020 | | TEXT-ONLY NOTICE: Settlement Conference on 5/27/2020 is Cancelled. Order Adjourning Dates to be Entered. (KWin) (Entered: 05/20/2020) |
| 05/26/2020 | 117 | Second Stipulated Order Extending Scheduling Order. (**Discovery due by 9/18/2020, Settlement Conference set for 9/23/2020 at 3:00 PM before District Judge Thomas L. Ludington, Dispositive Motion Cut-off set for 10/15/2020, Final Pretrial Conference RE-set for 2/16/2021 at 3:00 PM before District Judge Thomas L. Ludington, Jury Trial Re-set for 3/2/2021 at 8:30 AM before District Judge Thomas L. Ludington.**) Signed by District Judge Thomas L. Ludington. (Refer to image for additional dates) (KWin) (Entered: 05/26/2020) |
| 05/28/2020 | 118 | MOTION to Amend/Correct 116 Order on Motion to Strike, Order on Motion to Dismiss, Order on Motion - Free, , MOTION to Vacate 116 Order on Motion to Strike, Order on Motion to Dismiss, Order on Motion - Free, by Shannon LaPorte. (Attachments: # 1 Exhibit A - Proposed Notice) (Ellison, Philip) (Entered: 05/28/2020) |
| 05/28/2020 | 119 | RESPONSE to 115 MOTION to Compel *Discovery* filed by All Plaintiffs. (Ellison, Philip) (Entered: 05/28/2020) |
| 06/02/2020 | 120 | ORDER Granting Plaintiff's 118 Motion to Amend. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 06/02/2020) |
| 06/02/2020 | 121 | ORDER Granting in Part Defendants' 115 Motion to Compel. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 06/02/2020) |
| 08/26/2020 | 122 | NOTICE TO APPEAR BY TELEPHONE: **Telephonic Status Conference Re: 93 Motion to Strike Jury Demand set for 9/9/2020 at 3:30 PM before District Judge Thomas L. Ludington. *Counsel will Receive a Separate Email with Call-In Number.*** (KWin) (Entered: 08/26/2020) |
| 09/09/2020 | 123 | [STRICKEN PER ERROR NOTICE] Third MOTION TO EXTEND Scheduling Order by Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services. (Levin, Aaron) Modified on 9/17/2020 (KWin). (Entered: 09/09/2020) |
| 09/09/2020 | | Minute Entry for proceedings before District Judge Thomas L. Ludington: Telephonic Status Conference held on 9/9/2020. (Court Reporter: None Present, Not on the Record) (KWin) (Entered: 09/09/2020) |
| 09/17/2020 | | NOTICE of Error directed to: Aaron W. Levin re 123 Third MOTION TO EXTEND Scheduling Order. Pursuant to Electronic Filing Policies and Procedures 12A(a), Stipulations and Orders Must be Submitted to CM/Utilities/Proposed Orders and not Filed to the Docket. Document 23 is Stricken. [No Image Associated with this docket entry] (KWin) (Entered: 09/17/2020) |
| 09/17/2020 | 124 | RE-NOTICE TO APPEAR BY VIDEO CONFERENCE: **Zoom Status Conference (Formally Settlement Conference) set for 9/23/2020 at 3:00 PM before District Judge Thomas L. Ludington. *Counsel will Receive a Separate Email with Zoom Meeting Link*** (KWin) (Entered: 09/17/2020) |
| 09/17/2020 | 125 | ORDER Granting Defendants' 93 Motion to Strike Jury Trial. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 09/17/2020) |
| 09/22/2020 | 126 | Stipulated PROTECTIVE ORDER. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 09/22/2020) |

| | | |
|---|---|---|
| 09/22/2020 | 127 | Discovery Plan and Third Stipulated Order Extending Scheduling Order. **Discovery due by 12/2/2020; Settlement Conference set for 12/16/2020 at 11:30 AM before District Judge Thomas L. Ludington; Dispositive Motion Cut-off set for 12/28/2020; Final Pretrial Conference set for 4/27/2021 at 2:00 PM before District Judge Thomas L. Ludington; Bench Trial set for 5/18/2021 at 8:30 AM before District Judge Thomas L. Ludington.** Signed by District Judge Thomas L. Ludington. (Refer to image for additional dates) (KWin) (Entered: 09/22/2020) |
| 09/22/2020 | | TEXT-ONLY NOTICE: Status Conference on 9/23/2020 is Cancelled. Order Adjourning Scheduling Order was Docketed. (KWin) (Entered: 09/22/2020) |
| 11/19/2020 | 128 | Discovery Plan Regarding Fourth Stipulation for Entry of Order Extending Scheduling Order. **Discovery due by 1/19/2021; Settlement Conference set for 2/10/2021 at 4:00 PM before District Judge Thomas L. Ludington; Dispositive Motion Cut-off set for 2/11/2021; Final Pretrial Conference set for 6/29/2021 at 4:00 PM before District Judge Thomas L. Ludington; Bench Trial set for 7/13/2021 at 8:30 AM before District Judge Thomas L. Ludington.** Signed by District Judge Thomas L. Ludington. (Refer to image for additional dates) (KWin) (Entered: 11/19/2020) |
| 01/28/2021 | 129 | MOTION to Withdrawal Retired Assistant Attorneys General as Counsel (AG Thomas S. Marks; Santiago Rios) by Michigan Department of Health and Human Services. (KWin) (Entered: 01/28/2021) |
| 01/28/2021 | 130 | ORDER Granting 129 Motion to Withdraw Retired Assistant Attorneys General as Counsel. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 01/28/2021) |
| 01/28/2021 | 131 | Fifth Stipulated Order Extending Scheduling Order. **Discovery due by 3/5/2021; Settlement Conference set for 3/17/2021 at 4:00 PM before District Judge Thomas L. Ludington; Dispositive Motion Cut-off set for 4/5/2021; Final Pretrial Conference set for 8/17/2021 at 3:00 PM before District Judge Thomas L. Ludington; Bench Trial set for 8/31/2021 at 8:30 AM before District Judge Thomas L. Ludington.** Signed by District Judge Thomas L. Ludington. (Refer to image for additional dates) (KWin) (Entered: 01/28/2021) |
| 01/28/2021 | 132 | NOTICE by Robert Gordon, Mary Kleyn, Sarah Lyon-Callo, Michigan Department of Health and Human Services, Michigan Neonatal Biobank, Inc, Sandip Shah, Antonio Yancey *Notice of Substitution of Party* (Levin, Aaron) (Entered: 01/28/2021) |
| 02/02/2021 | 133 | ORDER granting substitution of party. Signed by District Judge Thomas L. Ludington. (DPer) (Entered: 02/02/2021) |
| 02/19/2021 | 134 | Ex Parte MOTION for Leave to File Excess Pages by All Plaintiffs. (Ellison, Philip) (Entered: 02/19/2021) |
| 02/22/2021 | 135 | MOTION for Summary Judgment by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Governors Commission Report, # 3 Exhibit B - NBS Statute, # 4 Exhibit C - 50th Anniversary Publication (MDHHS), # 5 Exhibit D - BioTrust Governance/Advisory Structure, # 6 Exhibit E - Website Print Out - Consent Options, # 7 Exhibit F - Biobank Business Plan, # 8 Exhibit G - Biobank Articles of Incorporation, # 9 Exhibit H - Biobank Solicitation Letter, # 10 Exhibit I - Biobank Solicitation Letter, # 11 Exhibit J - NBS Disorder List, # 12 Exhibit K - Records of Law Enforcement Activity, # 13 Exhibit L - Newborn Screening and BioTrust FAQs, # 14 Exhibit M - Article on Texas Settlement, # 15 Exhibit N - Belano Complaint, # 16 Exhibit O - Biobank Price List, # 17 Exhibit P - TransHit Bio / Yancey Emails, # 18 Exhibit Q - Sample NBS Card, # 19 Exhibit R - Positive Findings Scorecard, # 20 Exhibit S - Data Collected (Newborn Screening Guide for Hospitals), # 21 Exhibit T - State Defendants Discovery Responses, # 22 Exhibit U - MDHHS Specimen Policy, # 23 Exhibit V - Recovering From Delivery |

| | | |
|---|---|---|
| | | Webpage Printout, # 24 Exhibit W - Emails on Confidentiality Violations, # 25 Exhibit X - Kanuszewski Declaration, # 26 Exhibit Y - Laporte Declaration, # 27 Exhibit Z - Weigand Declaration, # 28 Exhibit AA - Eisenhauer Study, # 29 Exhibit BB - CV Dr. Elizabeth Eisenhauer, # 30 Exhibit CC - Suter Article, # 31 Exhibit DD - CV Prof Sonia M. Suter, # 32 Exhibit EE - BioTrust FAQ - What Are Blood Spots?, # 33 Exhibit FF - BioTrust FAQ - What Is The Michigan BioTrust for Health?, # 34 Exhibit GG - BioTrust FAQ - What Is The Michigan Neonatal Biobank?, # 35 Exhibit HH - BioTrust FAQ - How Does the BioTrust Protect Your Privacy?, # 36 Exhibit II - Biobank Webpage Printout Research, # 37 Exhibit JJ - Biobank Webpage Printout, # 38 Exhibit KK - Biobank Webpage Printout (User Fees), # 39 Exhibit LL - List of Approved Bloodspot Research Studies, # 40 Exhibit MM - Dr. Yancey Deposition Transcript, # 41 Exhibit NN - Dr. Lyon-Callo Deposition Transcript, # 42 Exhibit OO - Dr. Shah Deposition Transcript, # 43 Exhibit PP - EFF Article, # 44 Exhibit QQ - Carmi (ELIFE) Article) (Ellison, Philip) (Entered: 02/22/2021) |
| 02/25/2021 | | TEXT-ONLY ORDER Granting Plaintiffs' 134 Motion for Leave to File Excess Pages Totaling 45 Pages and Accepting as Filed 135 Motion for Summary Judgment. Defendants are Granted Leave to File No More Than 45 Pages in Their Response to Plaintiff's 135 Motion for Summary Judgment. Plaintiff May File Their Reply of No More Than 12 Pages to Their 135 Motion for Summary Judgment. The Briefing Page Limit Extensions Applies to Defendant's Motion for Summary judgment, if Filed. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 02/25/2021) |
| 02/25/2021 | 136 | NOTICE OF HEARING on 135 MOTION for Summary Judgment. **Motion Hearing set for 7/7/2021 at 2:00 PM before District Judge Thomas L. Ludington.** (KWin) (Entered: 02/25/2021) |
| 03/03/2021 | 137 | NOTICE TO APPEAR BY VIDEO CONFERENCE: **Zoom Meeting Settlement Conference set for 3/17/2021 at 4:00 PM before District Judge Thomas L. Ludington. Counsel will Receive a Separate Email with Zoom Link.** (KWin) (Entered: 03/03/2021) |
| 03/15/2021 | 138 | [STRICKEN PER ERROR NOTICE] RESPONSE to 135 MOTION for Summary Judgment filed by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah, Antonio Yancey. (Attachments: # 1 Index of Exhibits Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30) (Levin, Aaron) Modified on 3/19/2021 (KWin). (Entered: 03/15/2021) |
| 03/17/2021 | | Minute Entry for proceedings before District Judge Thomas L. Ludington: Zoom Meeting Settlement Conference held on 3/17/2021. Disposition: No settlement reached (Court Reporter: None Present, Not on the Record) (KWin) (Entered: 03/18/2021) |
| 03/18/2021 | 139 | NOTICE TO APPEAR BY VIDEO CONFERENCE: **Zoom Meeting Status Conference set for 4/27/2021 at 2:00 PM before District Judge Thomas L. Ludington. Counsel will Receive a Separate Email with Zoom Meeting Link.** (KWin) (Entered: 03/18/2021) |
| 03/19/2021 | | NOTICE of Error directed to: Aaron W. Levin re 138 Response to Motion,,,,. Exhibits - Pursuant to MIED - Electronic Filing Policies and Procedures Rule 19(b)(3) Exhibits Must Have an Index of Exhibits and Each Exhibit Must be Labeled With an Exhibit Identifier and Brief Narrative Description - Not Just an Exhibit Number. Document 138 is |

| | | |
|---|---|---|
| | | Stricken and Must be Refiled Correctly. [No Image Associated with this docket entry] (KWin) (Entered: 03/19/2021) |
| 03/22/2021 | 140 | STIPULATED ORDER Granting an Extension of Time to Defendant Dr. Yancy and State Defendants to Respond to Plaintiffs' 135 Motion for Summary Judgment. (**Response due by 3/31/2021.** ) Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 03/22/2021) |
| 03/23/2021 | 141 | RESPONSE to 135 MOTION for Summary Judgment filed by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah, Antonio Yancey. (Attachments: # 1 Index of Exhibits Index of Exhibits, # 2 Exhibit Ex 1 - MDHHS Newborn Screening Questions and Answers, # 3 Exhibit Ex 2 - MDHHS Newborn Screening Pamphlet, # 4 Exhibit Ex 3 - MDHHS APF-111 - Newborn Screening Specimens, # 5 Exhibit Ex 4 - MDHHS Residual Newborn Screening Blood Spot Directive, # 6 Exhibit Ex 5 - Historical Directives to Remove Residual Newborn Screening Blood Specimen from Possible Research Users, # 7 Exhibit Ex 6 - Historical Directives to Destroy Newborn Screening Blood Specimen, # 8 Exhibit Ex 7 - MDHHS APF 114 - Guidelines for Research Use of Dried Blood Spots, # 9 Exhibit Ex 8 - MDHHS Application for Designation as a Medical Research Project & Approval Letter, # 10 Exhibit Ex 9 - MDHHS After Newborn Screening - Your Baby's Blood Spots, # 11 Exhibit Ex 10 - MDHHS BioTrust Frequently Asked Questions, # 12 Exhibit Ex 11 - MDHHS Michigan BioTrust for Health - Consent Options, # 13 Exhibit Ex 12 - BioTrust Research Consent Form, # 14 Exhibit Ex 13 - Institutional Review Board Approval Forms for Michigan Neonatal Biobank, # 15 Exhibit Ex 14 - Michigan BioTrust for Health Blood Spot Directive Dated April 22, 2013, # 16 Exhibit Ex 15 - Michigan BioTrust for Health Blood Spot Directive Dated February 10, 2016, # 17 Exhibit Ex 16 - Michigan BioTrust for Health Blood Spot Directive Dated February 6, 2016, # 18 Exhibit Ex 17 - Michigan BioTrust for Health Blood Spot Directive Dated November 22, 2011, # 19 Exhibit Ex 18 - Michigan BioTrust for Health Blood Spot Directive Dated July 18, 2013, # 20 Exhibit Ex 19 - Michigan BioTrust for Health Blood Spot Directive Dated December 25, 2014, # 21 Exhibit Ex 20 - Michigan BioTrust for Health Blood Spot Directive Dated January 30, 2017, # 22 Exhibit Ex 21 - Declaration of Mary Seeterlin, # 23 Exhibit Ex 22 - Declaration of Mary Kleyn, # 24 Exhibit Ex 23 - Declaration of Shelby Atkinson, # 25 Exhibit Ex 24 - Sonia M. Suter, Did you Give the Government Your Baby's DNA? Rethinking Consent in Newborn Screening, 15 Minn. J.L. Sci. & Tech 729, 765, 770, 773-74, 779, (2014), # 26 Exhibit Ex 25 - Elizabeth R. Eisenhauer, Mothers' Decisions About Donating Newborns' Blood Spots for Research, 33 J. Perinat. Neonat. Nurs. 361, 366 (2019), # 27 Exhibit Ex 26 - Deposition of Shannon LaPorte, # 28 Exhibit Ex 27 - Deposition of Dr. Sarah Lyon-Callo, # 29 Exhibit Ex 28 - Deposition of Dr. Antonio Yancey, # 30 Exhibit Ex 29 - Michigan BioTrust for Health Cost Recovery Scale, # 31 Exhibit Ex 30 - Email from Dr. Sarah Lyon-Callo dated November 21, 2017) (Levin, Aaron) (Entered: 03/23/2021) |
| 03/23/2021 | 142 | NOTICE by Elizabeth Hertel, Mary Kleyn, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah, Antonio Yancey re 141 Response to Motion,,,,,,,,,,, *The Document attached in filing #141 was attached in error and this is the actual document that should have been attached* (Levin, Aaron) (Entered: 03/23/2021) |
| 03/24/2021 | 143 | MOTION State Defendants' Motion to Exclude Expert Testimony by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah, Antonio Yancey. (Attachments: # 1 Exhibit Ex 1 - Plaintiffs' Expert Witnesses Disclosures, # 2 Exhibit Ex 2 - Deposition of Dr. Eisenhauer, # 3 Exhibit Ex 3 - Deposition of Professor Sutter) (Levin, Aaron) (Entered: 03/24/2021) |
| 03/30/2021 | 144 | [STRICKEN PER ERROR NOTICE] RESPONSE to 135 MOTION for Summary Judgment filed by Antonio Yancey. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # |

| | | |
|---|---|---|
| | | **4** Exhibit, # **5** Exhibit, # **6** Exhibit, # **7** Exhibit, # **8** Exhibit, # **9** Exhibit, # **10** Exhibit, # **11** Exhibit, # **12** Exhibit, # **13** Exhibit, # **14** Exhibit, # **15** Exhibit, # **16** Exhibit, # **17** Exhibit, # **18** Exhibit, # **19** Exhibit) (Kennedy, Jeremy) Modified on 3/31/2021 (KWin). (Entered: 03/31/2021) |
| 03/31/2021 | | NOTICE of Error directed to: Jeremy C. Kennedy re **144** Response to Motion. Exhibits: Per MIED Electronic Filings Policies and Procedures R 19 Exhibits(b)(2) Each Exhibits Must be Described by Both an Exhibit Identifier and by a Brief Narrative Description. Response **144** is Stricken and Must be Re-Filed Correctly. [No Image Associated with this docket entry] (KWin) (Entered: 03/31/2021) |
| 03/31/2021 | **145** | RESPONSE to **135** MOTION for Summary Judgment filed by Antonio Yancey. (Attachments: # **1** Index of Exhibits Index of Exhibits, # **2** Exhibit EX. 1 - State of Mich Policy & Procedure Manual eff 9-8-08, # **3** Exhibit EX. 2 Dep of Sarah Lyon Callo, Ph.D., 12-17-2020, # **4** Exhibit EX. 3 Dep of Antonio Yancey, 10-07-2020, # **5** Exhibit EX. 4 Dep of Ashley Kanuszewski, 10-23-2020, # **6** Exhibit EX. 5 Dep of Adam Kanuszewski, 10-23-2020, # **7** Exhibit EX. 6 Dep of Sandip Shah, 12-17-2020, # **8** Exhibit EX. 7 Michigan BioTrust Health Consent Options, # **9** Exhibit EX. 8 Your Baby's Blood Spots pamphlet, # **10** Exhibit EX. 9 Signature Card dated 2-6-07, # **11** Exhibit EX. 10 Signature Card dated 11-22-11, # **12** Exhibit EX. 11 Signature Card dated 7-18-13, # **13** Exhibit EX. 12 Signature Card dated 12-25-14, # **14** Exhibit EX. 13 Signature Card dated 1-30-17, # **15** Exhibit EX. 14 Signature Card dated 2-10-16, # **16** Exhibit EX. 15 Signature Card dated 2-10-16, # **17** Exhibit EX. 16 Signature Card dated 4-22-13, # **18** Exhibit EX. 17 Dep of Shannon LaPorte, # **19** Exhibit EX. 18 Dep of Lynette Wiegand) (Kennedy, Jeremy) (Entered: 03/31/2021) |
| 04/05/2021 | **146** | MOTION Motion for Leave to File Oversized Brief Amicus Curiae in Support of Defendants' Motions for Summary Judgment by All Defendants. (Vincent, Joshua) (Entered: 04/05/2021) |
| 04/05/2021 | **147** | MOTION for Summary Judgment *State Defendants'* by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah. (Attachments: # **1** Index of Exhibits Index of Exhibits, # **2** Exhibit Ex 1 - MDHHS Michigan Newborn Screening Questions and Answers, # **3** Exhibit Ex 2 - MDHHS Michigan Newborn Screening Pamplet, # **4** Exhibit Ex 3 - MDHHS APF-111- Newborn Screening Specimens, # **5** Exhibit Ex 4 - MDHHS Residual Newborn Screening Blood Spot Directive, # **6** Exhibit Ex 5 - Historical Directives to Remove Residual Newborn Screening Blood Specimen from Possible Research Uses, # **7** Exhibit Ex 6 - Historical Directives to Destroy Newborn Screening Blood Specimen, # **8** Exhibit Ex 7 - MDHHS APF 114 - Guidelines for Research Use of Dried Blood Spots, # **9** Exhibit Ex 8 - MDHHS Application for Designation as a Medical Research Project & Approval Letter, # **10** Exhibit Ex 9 - MDHHS After Newborn Screening - Your Baby's Blood Spots, # **11** Exhibit Ex 10 - MDHHS BioTrust Frequently Asked Questions, # **12** Exhibit Ex 11 - MDHHS Michigan BioTrust for Health - Consent Options, # **13** Exhibit Ex 12 - BioTrust Research Consent Form, # **14** Exhibit Ex 13 - Institutional Review Board Approval Forms for Michigan Neonatal Biobank, # **15** Exhibit Ex 14 - Michigan BioTrust for Health Blood Spot Directive Dated April 22, 2013, # **16** Exhibit Ex 15 - Michigan BioTrust for Health Blood Spot Directive Dated February 10, 2016, # **17** Exhibit Ex 16 - Michigan BioTrust for Health Blood Spot Directive Dated February 6, 2016, # **18** Exhibit Ex 17 - Michigan BioTrust for Health Blood Spot Directive Dated November 22, 2011, # **19** Exhibit Ex 18 - Michigan BioTrust for Health Blood Spot Directive Dated July 18, 2013, # **20** Exhibit Ex 19 - Michigan BioTrust for Health Blood Spot Directive Dated December 25, 2014, # **21** Exhibit Ex 20 - Michigan BioTrust for Health Blood Spot Directive Dated January 30, 2017, # **22** Exhibit Ex 21 - Declaration of Mary Seeterlin, # **23** Exhibit Ex 22 - Declaration of Mary Kleyn, # **24** Exhibit Ex 23 - Deposition of Dr. Sarah Lyon-Callo, # **25** Exhibit Ex 24 - Deposition of Adam Kanuszewski, # **26** Exhibit |

| | | |
|---|---|---|
| | | Ex 25 - Deposition of Ashley Kanuszewski, # 27 Exhibit Ex 26 - Deposition of Shannon LaPorte, # 28 Exhibit Ex 27 - Deposition of Lynette Wiegand, # 29 Exhibit Ex 28 - Elizabeth R. Eisenhauer, Mothers' Decisions About Donating Newborns' Blood Spots for Research, 22 J. Perinat. Neonat. Nurs. 361 (2019), # 30 Exhibit Ex 29 - Sonia M. Suter, Did you Give the Government Your Baby's DNA? Rethinking Consent in Newborn Screening, 15 Minn. J.L. Sci & Tech 729 (2014), # 31 Exhibit Ex 30 - Deposition of Dr. Antonio Yancey, # 32 Exhibit Ex 31 - Historical Newborn Screening Pamphlets, # 33 Exhibit Ex 32 - 45 C.F.R. 46.116 effective June 23, 2005 to July 18, 2018, # 34 Exhibit Deposition of Sonia Suter) (Levin, Aaron) (Entered: 04/05/2021) |
| 04/05/2021 | 148 | RESPONSE to 143 MOTION State Defendants' Motion to Exclude Expert Testimony filed by All Plaintiffs. (Ellison, Philip) (Entered: 04/05/2021) |
| 04/05/2021 | 149 | MOTION for Summary Judgment by Antonio Yancey. (Attachments: # 1 Document Continuation, # 2 Index of Exhibits, # 3 Exhibit 1 - State of Michigan Department of Community Health Policy & Procedure Manual, # 4 Exhibit 2 - Deposition of Sarah Lyon-Callo, Ph.D., # 5 Exhibit 3 - Deposition of Dr. Antonio Yancey, # 6 Exhibit 4 - Deposition of Ashley Kanuszewski, # 7 Exhibit 5 - Deposition of Adam Kanuszewski, # 8 Exhibit 6 - Deposition of Sandip Shah, Ph.D., # 9 Exhibit 7 - Michigan BioTrust Health Consent Options, # 10 Exhibit 8 - Your Baby's Blood Spots pamphlet, # 11 Exhibit 9 - Signature Card dated 2-6-07, # 12 Exhibit 10 - Signature Card dated 11-22-11, # 13 Exhibit 11 - Signature Card dated 7-18-13, # 14 Exhibit 12 - Signature Card dated 12-25-14, # 15 Exhibit 13 - Signature Card dated 1-30-17, # 16 Exhibit 14 - Signature Card dated 2-10-16, # 17 Exhibit 15 - Signature Card dated 2-10-16, # 18 Exhibit 16 - Signature Card dated 4-22-13, # 19 Exhibit 17 - Dep of Shannon LaPorte, # 20 Exhibit 18 - Dep of Lynette Wiegand) (Kennedy, Jeremy) (Entered: 04/05/2021) |
| 04/08/2021 | 150 | NOTICE OF HEARING on 149 MOTION for Summary Judgment , and 147 MOTION for Summary Judgment *State Defendants'*. **Motion Hearings set for 7/7/2021 at 2:00 PM before District Judge Thomas L. Ludington.** (KWin) (Entered: 04/08/2021) |
| 04/08/2021 | 151 | REPLY to Response re 135 MOTION for Summary Judgment *as to State Defendants* filed by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Disputed Facts Table, # 3 Exhibit B - Spot Purchasers, # 4 Exhibit C - Blood Spot and Punch Price List, # 5 Exhibit D - MDHHS Website Policy, # 6 Exhibit E - Joint Supplemental Declaration) (Ellison, Philip) (Entered: 04/08/2021) |
| 04/08/2021 | 152 | REPLY to Response re 135 MOTION for Summary Judgment *as to Dr. Yancey* filed by All Plaintiffs. (Ellison, Philip) (Entered: 04/08/2021) |
| 04/08/2021 | 153 | REPLY to Response re 135 MOTION for Summary Judgment *as to Dr. Yancey [CORRECTED]* filed by All Plaintiffs. (Ellison, Philip) (Entered: 04/08/2021) |
| 04/09/2021 | 154 | REPLY to Response re 143 MOTION State Defendants' Motion to Exclude Expert Testimony filed by Elizabeth Hertel, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah. (Levin, Aaron) (Entered: 04/09/2021) |
| 04/16/2021 | 155 | RESPONSE to 146 MOTION Motion for Leave to File Oversized Brief Amicus Curiae in Support of Defendants' Motions for Summary Judgment filed by All Plaintiffs. (Ellison, Philip) (Entered: 04/16/2021) |
| 04/19/2021 | 156 | ORDER Granting The Association of Public Health Laboratories' 146 Motion to File an Oversize Amicus Curiae Brief. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 04/19/2021) |
| 04/26/2021 | 157 | MOTION for Extension of Time to File Response/Reply as to 147 MOTION for Summary Judgment *State Defendants'* by All Plaintiffs. (Ellison, Philip) (Entered: |

| | | |
|---|---|---|
| | | 04/26/2021) |
| 04/26/2021 | 158 | RESPONSE to 149 MOTION for Summary Judgment *as to Dr. Yancey* filed by All Plaintiffs. (Attachments: # 1 Exhibit A - MNBB Research Webpage Printout) (Ellison, Philip) (Entered: 04/26/2021) |
| 04/27/2021 | | Minute Entry for proceedings before District Judge Thomas L. Ludington: Zoom Meeting Status Conference held on 4/27/2021. Disposition: No Settlement. (Court Reporter: None Present, Not on the Record) (KWin) (Entered: 04/27/2021) |
| 04/30/2021 | 159 | ORDER Granting Plaintiffs' 157 Motion to Extend to File Response Re: 147 Motion for Summary Judgment. (**Response due by 5/10/2021.**) Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 04/30/2021) |
| 05/07/2021 | 160 | RESPONSE to 147 MOTION for Summary Judgment *State Defendants'* filed by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Overview of Michigan Newborn Screening, # 3 Exhibit B - Biobank Board of Directors, # 4 Exhibit C - Biobank Invoices, # 5 Exhibit D - Blood Spots Distribution, # 6 Exhibit E - Hawkins Letter, # 7 Exhibit F - Lab Policies, # 8 Exhibit G - MDHHS Hospital Training Module - Fall 2016 Update, # 9 Exhibit H - Infant Data Sheets, # 10 Exhibit I - Blood Studies List, # 11 Exhibit J - Infants Specimen Cards, # 12 Exhibit K - Biobanks Linking Data Webpage Printout) (Ellison, Philip) (Entered: 05/07/2021) |
| 05/10/2021 | 161 | REPLY to Response re 149 MOTION for Summary Judgment filed by Antonio Yancey. (Kennedy, Jeremy) (Entered: 05/10/2021) |
| 05/21/2021 | 162 | REPLY to Response re 147 MOTION for Summary Judgment *State Defendants'* filed by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah. (Attachments: # 1 Exhibit Ex. 1 - Supplemental Declaration of Mary Seeterlin) (Levin, Aaron) (Entered: 05/21/2021) |
| 06/16/2021 | 163 | ORDER Directing Plaintiff to Show Cause for Failure to Prosecute Claims Against Defendant Harry Hawkins. **Show Cause Response due by 6/23/2021.** Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 06/16/2021) |
| 06/16/2021 | 164 | RESPONSE TO ORDER TO SHOW CAUSE *re Harry Hawkins* by All Plaintiffs. (Ellison, Philip) (Entered: 06/16/2021) |
| 06/16/2021 | 165 | RESPONSE TO ORDER TO SHOW CAUSE *[Corrected] re Harry Hawkins* by All Plaintiffs. (Ellison, Philip) (Entered: 06/16/2021) |
| 06/23/2021 | | TEXT-ONLY NOTICE: Motions Hearings on 7/7/2021 are Cancelled re 135 MOTION for Summary Judgment , 149 MOTION for Summary Judgment , and 147 MOTION for Summary Judgment *State Defendants'*. A Written Order will be Issued Based on the Filed Papers Without Oral Argument. (KWin) (Entered: 06/23/2021) |
| 06/23/2021 | 166 | Stipulated Order Revising (Some Deadlines in the) Scheduling Order. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 06/23/2021) |
| 06/28/2021 | 167 | MOTION for Leave to File *DVD in Traditional Manner and to Accept as Evidence* by All Plaintiffs. (Ellison, Philip) (Entered: 06/28/2021) |
| 07/06/2021 | 168 | RESPONSE to 167 MOTION for Leave to File *DVD in Traditional Manner and to Accept as Evidence* filed by Robert Gordon, Elizabeth Hertel, Mary Kleyn, Michigan Department of Health and Human Services, Sandip Shah. (Levin, Aaron) (Entered: 07/06/2021) |
| 07/09/2021 | 169 | ORDER Dismissing Claims Against Defendant Harry Hawkins. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 07/09/2021) |

| 07/21/2021 | 170 | Stipulated Order Revising Scheduling Order. **Final Pretrial Conference set for 11/16/2021 at 3:00 PM before District Judge Thomas L. Ludington; Bench Trial set for 11/30/2021 at 8:30 AM before District Judge Thomas L. Ludington.** Signed by District Judge Thomas L. Ludington. (Refer to image for additional dates) (KWin) (Entered: 07/21/2021) |
|---|---|---|
| 07/29/2021 | 171 | [VACATED IN PART PER 214 OPINION AND ORDER] OPINION and ORDER Granting in Part and Denying in Part Plaintiffs' 135 Motion for Summary Judgment, Granting in Part and Denying in Part State Defendants' 147 Motion for Summary Judgment, Granting in Part and Denying in Part Defendant Yancey's 149 Motion for Summary Judgment, Denying Plaintiffs' 167 Motion for Leave to File Exhibit in the Traditional Manner, and Directing Plaintiffs to File Supplemental Brief. (**Plaintiff's Supplemental Brief due by 8/27/2021; Defendants Response due Within 14 Days of Service.** ) Signed by District Judge Thomas L. Ludington. (KWin) Modified on 9/13/2022 (KWin). (Entered: 07/29/2021) |
| 08/02/2021 | 172 | MOTION for Reconsideration re 171 Memorandum Opinion & Order,,, Terminate Motions,,, Set Deadlines/Hearings,, , MOTION to Amend/Correct 171 Memorandum Opinion & Order,,, Terminate Motions,,, Set Deadlines/Hearings,, by All Plaintiffs. (Ellison, Philip)[AND TO CORRECT SCRIVENER ERROR] Modified on 8/3/2021 (DPer). (Entered: 08/02/2021) |
| 08/06/2021 | 173 | ORDER Correcting Scrivener's Error (re 171 Opinion and Order) and Directing Defendants to File a Response to Plaintiff's 172 MOTION for Reconsideration. (**Response due by 8/20/2021.** ) Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 08/06/2021) |
| 08/12/2021 | 174 | MOTION for Reconsideration *by State Defendants* by Robert Gordon, Elizabeth Hertel, Sarah Lyon-Callo, Michigan Department of Health and Human Services, Sandip Shah. (Levin, Aaron) (Entered: 08/12/2021) |
| 08/16/2021 | 175 | ORDER Directing Plaintiffs to File a Response to Defendants' 174 Motion for Reconsideration. (**Response due by 9/1/2021.** ) Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 08/16/2021) |
| 08/17/2021 | 176 | RESPONSE to 174 MOTION for Reconsideration *by State Defendants* filed by All Plaintiffs. (Ellison, Philip) (Entered: 08/17/2021) |
| 08/17/2021 | 177 | SUPPLEMENTAL BRIEF re 171 Memorandum Opinion & Order,,, Terminate Motions,,, Set Deadlines/Hearings,, filed by All Plaintiffs. (Ellison, Philip) (Entered: 08/17/2021) |
| 08/19/2021 | 178 | RESPONSE to 172 MOTION for Reconsideration re 171 Memorandum Opinion & Order,,, Terminate Motions,,, Set Deadlines/Hearings,, MOTION to Amend/Correct 171 Memorandum Opinion & Order,,, Terminate Motions,,, Set Deadlines/Hearings,, filed by Elizabeth Hertel, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah. (Levin, Aaron) (Entered: 08/19/2021) |
| 08/20/2021 | 179 | RESPONSE to 172 MOTION for Reconsideration re 171 Memorandum Opinion & Order,,, Terminate Motions,,, Set Deadlines/Hearings,, MOTION to Amend/Correct 171 Memorandum Opinion & Order,,, Terminate Motions,,, Set Deadlines/Hearings,, filed by Antonio Yancey. (Kennedy, Jeremy) (Entered: 08/20/2021) |
| 08/31/2021 | 180 | SUPPLEMENTAL BRIEF re 177 Supplemental Brief *Regarding Remedies* filed by Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah. (Levin, Aaron) (Entered: 08/31/2021) |
| 09/01/2021 | 181 | SUPPLEMENTAL BRIEF re 177 Supplemental Brief filed by Antonio Yancey. (Kennedy, Jeremy) (Entered: 09/01/2021) |

| 09/09/2021 | 182 | REQUEST *for Entry of Revised Scheduling Order* by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Sandip Shah, Antonio Yancey. (Levin, Aaron) (Entered: 09/09/2021) |
|---|---|---|
| 09/15/2021 | 183 | REQUEST *Supplemental For Entry of Revised Scheduling Order* by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Sandip Shah. (Levin, Aaron) (Entered: 09/15/2021) |
| 09/15/2021 | 184 | MOTION to Amend/Correct 171 Memorandum Opinion & Order,,, Terminate Motions,,, Set Deadlines/Hearings,, *Under Fed R Civ P 60(a)* by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Sandip Shah. (Levin, Aaron) (Entered: 09/15/2021) |
| 09/15/2021 | 185 | RESPONSE to 184 MOTION to Amend/Correct 171 Memorandum Opinion & Order,,, Terminate Motions,,, Set Deadlines/Hearings,, *Under Fed R Civ P 60(a)* filed by Antonio Yancey. (Kennedy, Jeremy) (Entered: 09/15/2021) |
| 09/15/2021 | 186 | RESPONSE to 184 MOTION to Amend/Correct 171 Memorandum Opinion & Order,,, Terminate Motions,,, Set Deadlines/Hearings,, *Under Fed R Civ P 60(a)* filed by All Plaintiffs. (Ellison, Philip) (Entered: 09/15/2021) |
| 09/17/2021 | 187 | Order Revising Scheduling Order per 182 , 183 Requests. **Status Conference set for 1/18/2022 at 3:00 PM before District Judge Thomas L. Ludington; Final Pretrial Conference set for 3/9/2022 at 4:00 PM before District Judge Thomas L. Ludington; Bench Trial set for 3/22/2022 at 8:30 AM before District Judge Thomas L. Ludington.** Signed by District Judge Thomas L. Ludington. (Refer to image for additional dates) (KWin) (Entered: 09/17/2021) |
| 09/17/2021 | 188 | NOTICE of Appearance by Daniel J. Ping on behalf of Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Sandip Shah, Antonio Yancey. (Ping, Daniel) (Entered: 09/17/2021) |
| 09/20/2021 | 189 | ORDER Granting Defendant's 184 Motion to Amend Case Caption. (Mary Seeterlin (Consolidated from 20-10089) Terminated.) Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 09/20/2021) |
| 09/20/2021 | 190 | RE-NOTICE TO APPEAR IN PERSON: **Bench Trial RE-set for 4/5/2022 at 8:30 AM before District Judge Thomas L. Ludington (From 3/22/2022).** (KWin) (Entered: 09/20/2021) |
| 09/22/2021 | 191 | AMENDED 188 Notice of Appearance by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Sandip Shah (Ping, Daniel) (Entered: 09/22/2021) |
| 09/24/2021 | 192 | Re-NOTICE TO APPEAR IN PERSON: **Bench Trial Re-set for 4/12/2022 at 8:30 AM before District Judge Thomas L. Ludington (From 4/5/2021).** (KWin) (Entered: 09/24/2021) |
| 11/16/2021 | 193 | REQUEST *for Entry of Revised Scheduling Order* by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Sandip Shah. (Levin, Aaron) (Entered: 11/16/2021) |
| 11/16/2021 | 194 | NOTICE by All Plaintiffs re 193 Request *of Support of Revised Scheduling Order* (Ellison, Philip) (Entered: 11/16/2021) |
| 11/18/2021 | 195 | ORDER Revising Scheduling Order per 193 Request and 194 Notice. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 11/18/2021) |
| 12/17/2021 | 196 | Stipulated PROTECTIVE ORDER. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 12/17/2021) |
| 12/22/2021 | 197 | [STRICKEN] NOTICE by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Sandip Shah *Proof of Service* (Levin, Aaron) Modified on 12/22/2021 (LHos). (Entered: 12/22/2021) |
| 12/22/2021 | | NOTICE of Error directed to: Aaron W. Levin re 197 Notice (Other). Document is prohibited discovery, disclosure or a certificate of service thereof. Document was |

| | | |
|---|---|---|
| | | stricken. [No Image Associated with this docket entry] (LHos) (Entered: 12/22/2021) |
| 12/22/2021 | 198 | [STRICKEN] CERTIFICATE OF SERVICE by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Sandip Shah *for Discovery* (Levin, Aaron) Modified on 12/27/2021 (SKra). (Entered: 12/22/2021) |
| 12/27/2021 | | NOTICE of Error directed to: Aaron W. Levin re 198 Certificate of Service. Document is prohibited discovery, disclosure or a certificate of service thereof. Document was stricken. [No Image Associated with this docket entry] (SKra) (Entered: 12/27/2021) |
| 01/12/2022 | 199 | RE-NOTICE TO APPEAR BY TELEPHONE: **Telephonic Status Conference RE-set for 1/26/2022 at 11:30 AM before District Judge Thomas L. Ludington (From 1/18/2022). Counsel will Receive a Separate Email with Call-In Number.** (KWin) (Entered: 01/12/2022) |
| 01/26/2022 | | Minute Entry for telephonic proceedings before District Judge Thomas L. Ludington: Telephonic Status Conference held on 1/26/2022. ( **TELEPHONIC Status Conference set for 2/8/2022 at 3:00 PM before District Judge Thomas L. Ludington. Counsel will Receive a Separate Email with Call-In Number.** ) (Court Reporter: None Present, Not on the Record) (KWin) (Entered: 01/26/2022) |
| 02/03/2022 | 200 | Opinion and Order Denying Defendants' 143 Daubert Motion. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 02/03/2022) |
| 02/08/2022 | | Minute Entry for telephonic proceedings before District Judge Thomas L. Ludington: Telephonic Status Conference held on 2/8/2022. **(TELEPHONIC Status Conference set for 3/9/2022 at 4:00 PM before District Judge Thomas L. Ludington. Counsel will Receive a Separate Email with Call-In Number.** ) (Court Reporter: None Present, Not on the Record) (KWin) (Entered: 02/08/2022) |
| 02/14/2022 | 201 | ORDER REFERRING OTHER MATTERS to Magistrate Judge David R. Grand : Settlement Conference/Facilitation Scheduled by Mid-March, 2022, if Possible. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 02/14/2022) |
| 02/16/2022 | | TEXT-ONLY: On February 15, 2022, the Court held a telephonic conference with counsel to the parties to discuss logistics for an upcoming settlement conference. By February 22, 2022, plaintiffs shall provide a written proposal to defendants for fully resolving the case. Defendants shall have until March 1, 2022, to respond to plaintiffs' proposal. While counsel would be well-advised to meet and confer as they prepare their respective proposals, they must participate in a meet and confer after defendants send their response to plaintiffs' proposal, and that meet and confer must take place on or before March 4, 2022. Moreover, DHHS Manager Brittany Campbell, or another DHHS representative with full settlement authority, shall attend the post-response meet and confer. The Court will hold a telephonic conference with counsel on March 11, 2022, but is available to discuss the parties' progress in the interim if they so desire. The Court will hold a settlement conference with the parties on April 6, 2022. Entered by Magistrate Judge David R. Grand. (EBut) (Entered: 02/16/2022) |
| 02/16/2022 | 202 | NOTICE TO APPEAR BY VIDEO CONFERENCE: **Settlement Conference set for 4/6/2022 10:00 AM before Magistrate Judge David R. Grand** (EBut) (Entered: 02/16/2022) |
| 02/16/2022 | 203 | MOTION to Amend/Correct 201 Order Referring Other Matters to Magistrate Judge by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Text Order, # 3 Exhibit B - DHHS Hierarchy, # 4 Exhibit C - Email, # 5 Exhibit Plaintiffs' Confirmation of Settlement Authority) (Ellison, Philip) (Entered: 02/16/2022) |

| 03/02/2022 | 204 | RESPONSE to 203 MOTION to Amend/Correct 201 Order Referring Other Matters to Magistrate Judge filed by Robert Gordon, Harry Hawkins, Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Michigan Neonatal Biobank, Inc, Mary Seeterlin, Sandip Shah. (Levin, Aaron) (Entered: 03/02/2022) |
| --- | --- | --- |
| 03/03/2022 | 205 | ORDER Denying Plaintiffs' 203 Motion to Amend Referral Order. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 03/03/2022) |
| 03/09/2022 | | Minute Entry for telephonic proceedings before District Judge Thomas L. Ludington: Telephonic Status Conference held on 3/9/2022. ( **TELEPHONIC Status Conference set for 4/14/2022 at 4:00 PM before District Judge Thomas L. Ludington. Counsel will Receive a Separate Email with the Call-In Number.** ) (Court Reporter: None Present, Not on the Record) (KWin) (Entered: 03/09/2022) |
| 04/06/2022 | | Minute Entry for virtual proceedings before Magistrate Judge David R. Grand: Settlement Conference held on 4/6/2022 Disposition: Settlement conference held on April 6, 2022. In light of the progress made today, the conference attendees agreed to use the next few weeks to caucus with their respective constituents, and meet and confer on their own to further narrow the issues of dispute. The Court will hold an additional settlement conference on May 13, 2022, at 9:30 a.m. (Court Reporter: None Present, Not on the Record) (EBut) (Entered: 04/07/2022) |
| 04/07/2022 | 206 | RE-NOTICE TO APPEAR BY TELEPHONE: **Telephonic Status Conference RE-set for 5/24/2022 at 2:00 PM before District Judge Thomas L. Ludington (From 5/14/2022). Counsel to use the Call-In Number Previously Supplied.** (KWin) (Entered: 04/07/2022) |
| 04/11/2022 | 207 | RE-NOTICE TO APPEAR BY TELEPHONE: **Telephonic Status Conference RE-set for 6/1/2022 at 11:00 AM before District Judge Thomas L. Ludington (From 5/24/2022 & 5/14/2022).** (KWin) (Entered: 04/11/2022) |
| 05/04/2022 | 208 | NOTICE TO APPEAR BY VIDEO CONFERENCE: **Settlement Conference set for 5/13/2022 09:30 AM before Magistrate Judge David R. Grand** (EBut) (Entered: 05/04/2022) |
| 05/13/2022 | | Minute Entry for virtual proceedings before Magistrate Judge David R. Grand: Settlement Conference held on 5/13/2022 Disposition: The Court conducted a settlement conference with counsel to the parties on May 13, 2022. The parties reached a resolution as to certain claims and issues, and they will submit a Proposed Partial Consent Judgment for Judge Ludington's review regarding those matters. A telephonic status conference with Judge Ludington regarding the remaining claims is scheduled for June 1, 2022. (Court Reporter: None Present, Not on the Record) (EBut) (Entered: 05/13/2022) |
| 05/16/2022 | 209 | Partial Consent Judgment. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 05/16/2022) |
| 05/24/2022 | 210 | RE-NOTICE TO APPEAR BY TELEPHONE: **Telephonic Status Conference RE-set for 6/1/2022 at 4:30 PM before District Judge Thomas L. Ludington. *TIME CHANGE ONLY* Counsel to Use Previously Provided Call-In Number.** (KWin) (Entered: 05/24/2022) |
| 06/01/2022 | | Minute Entry for telephonic proceedings before District Judge Thomas L. Ludington: Telephonic Status Conference held on 6/1/2022. (Court Reporter: None Present, Not on the Record) (KWin) (Entered: 06/01/2022) |
| 06/14/2022 | 211 | Notice of Determination of Motion Without Oral Argument re 172 MOTION for Reconsideration and 174 MOTION for Reconsideration. Court to Issue Written Ruling on |

| | | or about August 16, 2022. (KWin) (Entered: 06/14/2022) |
|---|---|---|
| 08/03/2022 | 212 | NOTICE TO APPEAR BY TELEPHONE: **Telephonic Status Conference Re: Court's Decision on Pending Motions set for 9/7/2022 at 2:00 PM before District Judge Thomas L. Ludington (From 8/16/2022). Counsel Will Receive a Separate Email with Call-In Number.** (KWin) (Entered: 08/03/2022) |
| 09/07/2022 | | Minute Entry for telephonic proceedings before District Judge Thomas L. Ludington: Telephonic Status Conference held on 9/7/2022. Disposition: Opinion to be Issued Within 2 Weeks; Trial to be Scheduled. (Court Reporter: None Present, Not on the Record) (KWin) (Entered: 09/07/2022) |
| 09/07/2022 | 213 | NOTICE TO APPEAR IN PERSON: **Final Pretrial Conference set for 1/10/2023 at 3:00 PM before District Judge Thomas L. Ludington; FIRM Bench Trial set for 1/31/2023 at 8:30 AM before District Judge Thomas L. Ludington.** (KWin) (Entered: 09/07/2022) |
| 09/13/2022 | 214 | [VACATED IN PART PER 221 OPINION] Opinion and Order (1) Granting Plaintiffs' 172 Motion for Reconsideration, (2) Denying Defendants' 174 Motion for Reconsideration, and (3) Vacating in Part Prior 171 Opinion and Order. Signed by District Judge Thomas L. Ludington. (KWin) Modified on 10/20/2022 (KWin). (Entered: 09/13/2022) |
| 09/23/2022 | 215 | MOTION for Certificate of Appealability *for Interlocutory Appeal* by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Sandip Shah. (Levin, Aaron) (Entered: 09/23/2022) |
| 09/26/2022 | 216 | RESPONSE to 215 MOTION for Certificate of Appealability *for Interlocutory Appeal* filed by All Plaintiffs. (Attachments: # 1 Exhibit A - NSP Webpage Printout) (Ellison, Philip) (Entered: 09/26/2022) |
| 09/29/2022 | 217 | MOTION to Stay re 215 MOTION for Certificate of Appealability *for Interlocutory Appeal* by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Sandip Shah. (Levin, Aaron) (Entered: 09/29/2022) |
| 09/29/2022 | 218 | REPLY to Response re 215 MOTION for Certificate of Appealability *for Interlocutory Appeal* filed by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Sandip Shah. (Levin, Aaron) (Entered: 09/29/2022) |
| 09/30/2022 | 219 | RESPONSE to 217 MOTION to Stay re 215 MOTION for Certificate of Appealability *for Interlocutory Appeal* filed by All Plaintiffs. (Ellison, Philip) (Entered: 09/30/2022) |
| 10/07/2022 | 220 | REPLY to Response re 217 MOTION to Stay re 215 MOTION for Certificate of Appealability *for Interlocutory Appeal* filed by Elizabeth Hertel, Sarah Lyon-Callo, Nick Lyons, Sandip Shah. (Levin, Aaron) (Entered: 10/07/2022) |
| 10/20/2022 | 221 | Opinion and Order Denying Defendants' 215 Motion for Certificate of Appealability and 217 (Motion) to Stay Case, and Vacating Order in Part. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 10/20/2022) |
| 12/29/2022 | 222 | *Proposed Exhibit and* WITNESS LIST by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services (Levin, Aaron) (Entered: 12/29/2022) |
| 01/04/2023 | 223 | CERTIFICATE OF SERVICE by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah (Levin, Aaron) (Entered: 01/04/2023) |
| 01/10/2023 | 224 | Plaintiffs' Proposed Finding of Facts and Conclusions of Law. (KWin) (Entered: 01/10/2023) |

| 01/10/2023 | 225 | Plaintiffs' Trial Brief. (KWin) (Entered: 01/10/2023) |
|---|---|---|
| 01/10/2023 | 226 | State Defendants' Proposed Findings of Fact and Conclusions of Law. (KWin) (Entered: 01/10/2023) |
| 01/10/2023 | | Minute Entry for in-person proceedings before District Judge Thomas L. Ludington: Final Pretrial Conference held on 1/10/2023. Disposition: Bench Trial to Begin as Scheduled on January 31, 2023. (Court Reporter: None Present, Not on the Record) (KWin) (Entered: 01/10/2023) |
| 01/11/2023 | 227 | Joint MOTION for Order *To Permit Appearance of Out-Of-State and Expert Witnesses by Zoom* by All Plaintiffs. (Ellison, Philip) (Entered: 01/11/2023) |
| 01/12/2023 | 228 | OPINION and ORDER Granting 227 Joint Motion to Testify Remotely. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 01/12/2023) |
| 01/19/2023 | 229 | STIPULATION *as to Authenticity of Plaintiff's Trial Exhibits* by All Plaintiffs (Ellison, Philip) (Entered: 01/19/2023) |
| 01/23/2023 | 230 | CERTIFICATE OF SERVICE by Robert Gordon, Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Sandip Shah (Levin, Aaron) (Entered: 01/23/2023) |
| 01/23/2023 | 231 | CERTIFICATE OF SERVICE by Antonio Yancey (Kennedy, Jeremy) (Entered: 01/23/2023) |
| 01/24/2023 | 232 | Dr. Antonio Yancy's Proposed Findings of Fact and Conclusions of Law. (KWin) (Entered: 01/24/2023) |
| 01/27/2023 | 233 | State Defendants' Supplemental TRIAL BRIEF. (KWin) (Entered: 01/27/2023) |
| 01/30/2023 | 234 | TRIAL BRIEF *(Amended/Narrowed - Plaintiffs)* by All Plaintiffs (Ellison, Philip) (Entered: 01/30/2023) |
| 01/30/2023 | 235 | Proposed Findings of Fact by All Plaintiffs (Ellison, Philip) (Entered: 01/30/2023) |
| 01/30/2023 | 236 | NOTICE by All Plaintiffs *Rule 26(a)(3)(B) Disclosures (dated 01/12/2022))* (Ellison, Philip) (Entered: 01/30/2023) |
| 01/30/2023 | 237 | TRIAL BRIEF by Antonio Yancey (Kennedy, Jeremy) (Entered: 01/30/2023) |
| 01/31/2023 | | Minute Entry for in-person proceedings before District Judge Thomas L. Ludington: Bench Trial Begun and Continued on 1/31/2023. **Bench Trial set for 2/1/2023 at 8:30 AM before District Judge Thomas L. Ludington** (Court Reporter: Carol Harrison) (KWin) (Entered: 01/31/2023) |
| 01/31/2023 | 238 | Order Substituting Public Officer under Rule 25(d) Signed by District Judge Thomas L. Ludington. (SSch) (Entered: 01/31/2023) |
| 02/01/2023 | | Minute Entry for in-person proceedings before District Judge Thomas L. Ludington: Bench Trial Held and Continued on 2/1/2023. **Bench Trial Continued to 2/2/2023 at 8:30 AM before District Judge Thomas L. Ludington.** (Court Reporter: Carol Harrison) (KWin) (Entered: 02/01/2023) |
| 02/02/2023 | | Minute Entry for in-person proceedings before District Judge Thomas L. Ludington: Bench Trial Held and Continued on 2/2/2023. **Bench Trial Continued to 2/3/2023 at 8:30 AM before District Judge Thomas L. Ludington.** (Court Reporter: Carol Harrison) (KWin) (Entered: 02/02/2023) |
| 02/03/2023 | | Minute Entry for in-person proceedings before District Judge Thomas L. Ludington: Bench Trial Held and Continued on 2/3/2023. **Bench Trial Continued to 3/28/2023 at** |

| | | |
|---|---|---|
| | | **8:30 AM before District Judge Thomas L. Ludington.** (Court Reporter: Carol Harrison) (KWin) (Entered: 02/03/2023) |
| 02/07/2023 | [239](#) | RE-NOTICE TO APPEAR IN PERSON: **Bench Trial Continued to 2/28/2023 at 8:30 AM before District Judge Thomas L. Ludington (From 3/28/2023).** (KWin) (Entered: 02/07/2023) |
| 02/07/2023 | [240](#) | NOTICE of Correction Striking Text-Only Order Staying Case. Docketed in Incorrect Case Number. (KWin) (Entered: 02/07/2023) |
| 02/28/2023 | | Minute Entry for in-person proceedings before District Judge Thomas L. Ludington: Bench Trial Held and Completed on 2/28/2023. Post-Trial Briefing will Occur. Concluding Briefs due on 4/1/2023; Response Briefs due on 5/1/2023 and Reply Briefs are due on 5/15/2023. (Court Reporter: Carol Harrison) (KWin) (Entered: 02/28/2023) |
| 02/28/2023 | [241](#) | ORDER Setting Briefing Schedule. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 02/28/2023) |
| 03/26/2023 | [242](#) | SUPPLEMENTAL BRIEF re Bench Trial, *(Remedies)* filed by All Plaintiffs. (Ellison, Philip) (Entered: 03/26/2023) |
| 03/29/2023 | [243](#) | TRANSCRIPT of Bench Trial - Vol 1 held on 1/31/2023. (Court Reporter: Carol Harrison) (Number of Pages: 153) The parties have 21 days to file with the court and Court Reporter a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 4/19/2023. Redacted Transcript Deadline set for 5/1/2023. Release of Transcript Restriction set for 6/27/2023. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (CHar) (Entered: 03/29/2023) |
| 03/29/2023 | [244](#) | TRANSCRIPT of Bench Trial - Vol 2 held on 2/1/2023. (Court Reporter: Carol Harrison) (Number of Pages: 157) The parties have 21 days to file with the court and Court Reporter a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 4/19/2023. Redacted Transcript Deadline set for 5/1/2023. Release of Transcript Restriction set for 6/27/2023. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (CHar) (Entered: 03/29/2023) |
| 03/29/2023 | [245](#) | TRANSCRIPT of Bench Trial - Vol 3 held on 2/2/2023. (Court Reporter: Carol Harrison) (Number of Pages: 157) The parties have 21 days to file with the court and Court Reporter a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 4/19/2023. Redacted Transcript Deadline set for 5/1/2023. Release of Transcript Restriction set for 6/27/2023. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (CHar) (Entered: 03/29/2023) |
| 03/29/2023 | [246](#) | TRANSCRIPT of Bench Trial - Vol 4 held on 2/3/2023. (Court Reporter: Carol Harrison) (Number of Pages: 124) The parties have 21 days to file with the court and Court Reporter a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 4/19/2023. Redacted Transcript Deadline set for 5/1/2023. Release of Transcript Restriction set for 6/27/2023. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release |

| | | of Transcript Restriction. After that date, the transcript is publicly available. (CHar) (Entered: 03/29/2023) |
|---|---|---|
| 03/29/2023 | [247](#) | TRANSCRIPT of Bench Trial - Vol 5 held on 2/28/2023. (Court Reporter: Carol Harrison) (Number of Pages: 57) The parties have 21 days to file with the court and Court Reporter a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 4/19/2023. Redacted Transcript Deadline set for 5/1/2023. Release of Transcript Restriction set for 6/27/2023. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (CHar) (Entered: 03/29/2023) |
| 03/31/2023 | [248](#) | STIPULATION AND ORDER Amending Briefing Schedule. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 03/31/2023) |
| 04/17/2023 | [249](#) | MEMORANDUM re *Plaintiffs' Written Closing* by All Plaintiffs (Ellison, Philip) (Entered: 04/17/2023) |
| 05/15/2023 | [250](#) | MOTION for Leave to File Excess Pages by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Sandip Shah. (Levin, Aaron) (Entered: 05/15/2023) |
| 05/15/2023 | | TEXT-ONLY ORDER Granting Defendants' [250](#) MOTION for Leave to File Excess Pages filed by Sandip Shah, Elizabeth Hertel, Sarah Lyon-Callo, Mary Kleyn. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 05/15/2023) |
| 05/17/2023 | [251](#) | TRIAL BRIEF - *CLOSING BRIEF ON LIABILITY* by Christopher Krause (Kennedy, Jeremy) (Entered: 05/17/2023) |
| 05/17/2023 | [252](#) | MEMORANDUM *State Defendants' Post-Trial Brief Regarding Remedies* by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Sandip Shah (Levin, Aaron) (Entered: 05/17/2023) |
| 05/17/2023 | [253](#) | MEMORANDUM *State Defendants' Closing Brief* by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Sandip Shah (Levin, Aaron) (Entered: 05/17/2023) |
| 05/17/2023 | [254](#) | TRIAL BRIEF - *Defendant Krause's Closing Brief on Remedy* by Christopher Krause (Kennedy, Jeremy) (Entered: 05/17/2023) |
| 05/30/2023 | [255](#) | REPLY *re Plaintiffs Remedies Brief* by All Plaintiffs. (Ellison, Philip) (Entered: 05/30/2023) |
| 05/31/2023 | [256](#) | STIPULATED ORDER Extending Deadline. (**Plaintiff's Merits Reply Brief due by 6/7/2023.** ) Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 05/31/2023) |
| 06/07/2023 | [257](#) | REPLY *re Plaintiffs' Written Closing* by All Plaintiffs. (Ellison, Philip) (Entered: 06/07/2023) |
| 06/14/2023 | [258](#) | MOTION for Leave to File *Surreply Raising Evidentiary Objection* by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Sandip Shah. (Levin, Aaron) (Entered: 06/14/2023) |
| 06/14/2023 | | TEXT-ONLY ORDER Granting State Defendants' [258](#) Motion for Leave to File Sur-reply Raising Evidentiary Objection. Sur-Reply to be Separately Filed on the Docket. SO ORDERED. (**Sur-Reply due by 6/16/2023.**) Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 06/14/2023) |
| 06/14/2023 | [259](#) | SUR-REPLY re [258](#) MOTION for Leave to File *Surreply Raising Evidentiary Objection* filed by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Sandip Shah. (Levin, Aaron) (Entered: 06/14/2023) |

| 06/14/2023 | 260 | OBJECTION to 259 Sur-Reply by All Plaintiffs. (Ellison, Philip) (Entered: 06/14/2023) |
|---|---|---|
| 07/28/2023 | 261 | OPINION and ORDER Finding Defendants Liable for Fourth Amendment Violations, Entering Judgment for Plaintiffs, Enjoining State of Michigan from Retaining Plaintiffs' Blood Samples and Data Without Informed Consent, and Directing Defendants to Submit Proposed Notice for Informed Consent. (**Notice due by 8/14/2023.** ) Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 07/28/2023) |
| 07/28/2023 | 262 | JUDGMENT. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 07/28/2023) |
| 07/31/2023 | 263 | Amended 261 Opinion and Order Finding Defendants Liable for Fourth Amendment Violations, Entering Judgment for Plaintiffs, Enjoining State of Michigan from Retaining Plaintiffs' Blood Samples and Data Without Informed Consent, and Directing Defendants to Submit Proposed Notice for Informed Consent. (**Notice due by 8/14/2023.**) Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 07/31/2023) |
| 08/10/2023 | 264 | STIPULATION AND ORDER Extending Deadline to File Motion for Attorney's Fees. (**Motion due by 8/28/2023.**) Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 08/10/2023) |
| 08/15/2023 | 265 | OBJECTION to *Defendants' Proposed Notice* by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Defendants' Proposed Notice, # 3 Exhibit B - Plaintiffs' Proposed Notice) (Ellison, Philip) (Entered: 08/15/2023) |
| 08/16/2023 | 266 | NOTICE OF APPEAL by All Defendants re 263 Memorandum Opinion & Order,, Set Deadlines/Hearings, 262 Judgment, 214 Order on Motion for Reconsideration,, Order on Motion to Amend/Correct,,, 221 Order on Motion for Certificate of Appealability, Order on Motion to Stay, 171 Memorandum Opinion & Order,,, Terminate Motions,,, Set Deadlines/Hearings,,. Receipt No: AMIEDC-9456585 - Fee: $ 505 - Fee Status: Fee Paid. (Ping, Daniel) (Entered: 08/16/2023) |
| 08/16/2023 | 267 | Certificate of Service re 266 Notice of Appeal,. (KBro) (Entered: 08/16/2023) |
| 08/22/2023 | 268 | RESPONSE to 265 Objection by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah. (Attachments: # 1 Exhibit Ex A - Defs Counter-proposed Notice) (Ping, Daniel) (Entered: 08/22/2023) |
| 08/23/2023 | 269 | STIPULATION AND ORDER Granting Partial Stay. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 08/23/2023) |
| 08/28/2023 | 270 | ORDER Granting Stipulation to Adjourn Deadline to File Motion for Attorney's Fees and Costs. (**Motions due by 9/1/2023.** ) Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 08/28/2023) |
| 09/01/2023 | 271 | MOTION for Attorney Fees *and Costs* by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Ellison Declaration, # 3 Exhibit B - Time and Expenses Sheet, # 4 Exhibit C - Excerpt from State Bar of Michigan Economics of Law Survey) (Ellison, Philip) (Entered: 09/01/2023) |
| 09/15/2023 | 272 | RESPONSE to 271 MOTION for Attorney Fees *and Costs* filed by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Sandip Shah. (Levin, Aaron) (Entered: 09/15/2023) |
| 09/15/2023 | 273 | MOTION to Dismiss *Without Prejudice or Stay Plaintiff's Motion for Attorney Fees and Costs* by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Sandip Shah. (Levin, Aaron) (Entered: 09/15/2023) |
| 09/18/2023 | 274 | RESPONSE to 273 MOTION to Dismiss *Without Prejudice or Stay Plaintiff's Motion for Attorney Fees and Costs* filed by All Plaintiffs. (Attachments: # 1 Exhibit A - Photograph |

| | | of Blood Spots (redacted)) (Ellison, Philip) (Entered: 09/18/2023) |
|---|---|---|
| 09/22/2023 | 275 | RESPONSE to 271 MOTION for Attorney Fees *and Costs Pursuant to 42 U.S.C. 1988* filed by Christopher Krause. (Attachments: # 1 Exhibit SBM 2020 Economics of Law Survey Results, # 2 Exhibit SBM 2023 Economics of Law Survey Results) (Kennedy, Jeremy) (Entered: 09/22/2023) |
| 09/25/2023 | 276 | REPLY to Response re 271 MOTION for Attorney Fees *and Costs* filed by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Sandip Shah. (Levin, Aaron) (Entered: 09/25/2023) |
| 09/25/2023 | 277 | STIPULATION AND ORDER Extending Defendant Krause's Response Deadline as Filed re 275 Response to Motion. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 09/25/2023) |
| 10/14/2023 | 278 | MOTION for Issuance of Approved Notice to Plaintiffs re 262 Judgment *[UNOPPOSED]* by All Plaintiffs. (Attachments: # 1 Exhibit A - Confirmed Addresses Letter) (Ellison, Philip) (Entered: 10/14/2023) |
| 10/18/2023 | 279 | ORDER Granting Unopposed 278 Motion to Issue Approved Notice, Approving Notice, and Directing Notice. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 10/18/2023) |
| 11/17/2023 | 280 | CERTIFICATE OF SERVICE re 279 Order on Motion - Free by Elizabeth Hertel, Mary Kleyn, Sarah Lyon-Callo, Nick Lyons, Michigan Department of Health and Human Services, Sandip Shah *Regarding Approved Notice Mailings* (Levin, Aaron) (Entered: 11/17/2023) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/22/2023 10:54:31 | | |
| **PACER Login:** | Civil_COD | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:18-cv-10472-TLL-PTM |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |



EXHIBIT
6
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

## Certificate of Confidentiality Application

**1.) Institution Information**
   a. <u>Institution name:</u> Michigan Department of Health and Human Services (MDHHS)
   b. <u>Institutional Official:</u> Joneigh Khaldun, MD, MPH, FACEP
   c. <u>Organizational Title:</u> Chief Medical Executive, Chief Deputy Director for Health
   d. <u>Address:</u> 333 South Grand Ave
   e. <u>Country:</u> United States
   f. <u>City:</u> Lansing
   g. <u>State:</u> MI
   h. <u>Postal Code:</u> 48933

**2.) Research Sites**
   a. <u>Primary Site:</u> Michigan Department of Health and Human Services
   b. <u>Brief Description of Facilities:</u> The Michigan BioTrust for Health is a joint project overseen by the Bureau of Laboratories and the Bureau of Epidemiology and Population Health. The MDHHS Bureau of Laboratories oversees the State Public Health Laboratory, a Clinical Laboratory Improvement Amendments (CLIA) approved facility and site for receipt and testing of all dried blood spot (DBS) specimens for newborn screening. MDHHS Laboratories comply with federal Health Insurance Portability and Accountability Act (HIPAA) regulations requiring patient confidentiality.  The lab is staffed by trained laboratory personnel, all of whom must sign a written confidentiality statement.  The Michigan Neonatal Biobank (MNB), a storage and management facility with temperature and humidity-controlled space for more than six million blood spot cards, is the designated repository of DBS for the Michigan BioTrust for Health.  Upon research protocol approval by the MDHHS Institutional Review Board (IRB) and Scientific Advisory Board (SAB) using criteria established by law and policies adopted by MDHHS in consultation with the Community Values Advisory Board (CVAB), researchers may receive punches from de-identified DBS to utilize for health research at sites in their own institutions.

**3.) Research Project Title**
   a. <u>Title(s):</u> The Michigan BioTrust for Health (BioTrust)

**4.) Source of Project Funding Support**
   a. <u>Is the research funded by NIH:</u> No
   b. <u>Funding source:</u> Internal Institutional Funding

**5.) Human Subjects Protection Requirements:**
   a. <u>IRB approval:</u>
      i. <u>Name of IRB</u>: Michigan Department of Health and Human Services
      ii. <u>Letter of approval</u>: attached (file name: 2019 IRB Approval (628-PHA-FC 11.05.19))
   b. <u>Federal Wide Assurance (FWA):</u> FWA00007331

**6.) Applicant/Principal Investigator Information**
   a. <u>First Name:</u> Sandip
   b. <u>Last Name:</u> Shah
   c. <u>Organizational Title:</u> Director of the Bureau of Laboratories

REV 01/13/2020

    d.  <u>Address 1:</u> 3350 N Martin Luther King Jr Blvd

    e.  <u>City:</u> Lansing

    f.  <u>State:</u> MI

    g.  <u>Postal Code:</u> 48909

    h.  <u>Country:</u> United States

    i.  <u>Telephone:</u> 517-335-8063

    j.  <u>Fax:</u> 517-335-8051

    k.  <u>Email:</u> shahs@michigan.gov

    l.  <u>Alternate Email</u>: Research Coordinator (Shelby Atkinson)- atkinsons2@michigan.gov

    m.  <u>Summary of Scientific Training</u>: PhD received from Michigan State University College of Veterinary Medicine in 2009. State Public Health Laboratory Director at the Michigan Department of Health and Human Services since August of 2012.

**n.  Key Personnel 2:**

      i.  <u>First Name:</u> Patricia

      ii.  <u>Last Name:</u> McKane

      iii.  <u>Organizational Title:</u> Director of the Division of Lifecourse Epidemiology and Genomics, Local PI at MDHHS

      iv.  <u>Address 1:</u> 333 S Grand Ave

      v.  <u>Address 2:</u> 2nd floor

      vi.  <u>City:</u> Lansing

      vii.  <u>State:</u> MI

      viii.  <u>Postal Code:</u> 48933

      ix.  <u>Country:</u> Unite States

      x.  <u>Telephone:</u> 517-335-9315

      xi.  <u>Fax:</u> 517-335-9790

      xii.  <u>Email:</u> Mckanep@michigan.gov

**o.  Key Personnel 3:**

      i.  <u>First Name:</u> Antonio

      ii.  <u>Last Name:</u> Yancey

      iii.  <u>Organizational Title:</u> Director of the Michigan Neonatal Biobank

      iv.  <u>Address 1:</u> 440 Burroughs

      v.  <u>Address 2:</u> Suite 320

      vi.  <u>City:</u> Detroit

      vii.  <u>State:</u> MI

      viii.  <u>Postal Code:</u> 48202

      ix.  <u>Country:</u> Unite States

      x.  <u>Telephone:</u> 313-577-1411

      xi.  <u>Fax:</u> 313-972-8027

      xii.  <u>Email:</u> antonioyancey@wayne.edu

    p.

**7.)  Project Date Range**

    a.  Beginning date: 01/05/2010

    b.  End date: Indefinite

**8.)  Description of Study Project Aims and Research Methods**

REV 01/13/2020

a. Description of study:
Following the 2000 amendment of Michigan's public health code to allow use of residual de-identified DBS from newborn screening (NBS) for medical and public health research given appropriate protection of human subjects, the Michigan Department of Health and Human Services (MDHHS), with university partners, has taken steps to create the Michigan BioTrust for Health (BioTrust). The overarching goal of the BioTrust is to make residual DBS more useful for public health and medical research in a manner acceptable to the public.

MDHHS currently has over four million DBS in storage representing the past 30 years and collects over 100,000 new DBS annually.  DBS represent an entire birth cohort and allow population-based studies that overcome shortcomings present in other research designs such as selection and participation bias, low power due to insufficient sample size, and the limited ability to generalize to a population.  Over 160 biomarkers and compounds have been measured in DBS ranging from genetic information to harmful metals.   Michigan's residual DBS can also be linked to public health databases to reveal important health outcomes making them an even more compelling resource for research.

The BioTrust has three main objectives:
1) to optimize storage conditions by transferring de-identified DBS in our current repository to the Michigan Neonatal Biobank, a 501c3 non-profit organization for storage.
2) to inform researchers of DBS availability and ensure appropriate use of the DBS in health research.
3) to ensure samples are used in a manner which complies with research protection, other legal requirements, and is acceptable to the public. In 2009, a BioTrust Community Values Advisory Board (CVAB) was instituted to serve as an ongoing mechanism for public input on policies and procedures.

b. Brief summary:
Over 4 million residual dried blood spots (DBS) from newborn screening are currently maintained by the Michigan Department of Health and Human Services and over 100,000 new DBS are collected each year.  The Michigan BioTrust for Health optimizes the use of residual DBS in medical and public health research by informing researchers of their availability, storing the specimens under more optimal conditions, ensuring the samples are used in a manner acceptable to the public and implementing a parental consent process for the use of prospectively collected samples in health research.

**9.) Means Used to Protect Subjects' Identities**
a. Six drops of blood are collected from babies born in the state of Michigan for the purpose of newborn screening. These blood spots are routed from birthing hospitals and home birthing attendants to the State Public Health Laboratory where they are tested than 50 disorders as mandated by the public health code. After testing, residual

DBS are stored for up to 100 years as outlined in the retention schedule established by state laboratory policy. All blood spots are separated from identifying information and labeled only with a code. One full DBS is retained in the MDHHS laboratory for future use by a parent or child at the age of 18 years. This blood spot is not included in the BioTrust and is not used for any research activities. All remaining whole and partially used DBS are labeled solely with the MDHHS barcode and are transferred to the Michigan Neonatal Biobank (MNB). MNB is the contracted, secure storage facility that manages and retains the Michigan DBS archive. The MNB does not receive the key or data base access to relate the MDHHS code to any readily identifiable information. MDHHS is the only entity that can connect the code on the DBS to identifiable information collected through NBS or other MDHHS databases.

All researchers who request DBS from the BioTrust for use in a study must comply with all MDHHS policies regarding DBS research. These policies are reviewed annually by the BioTrust CVAB. Each study is reviewed by both the MDHHS Institutional Review Board (IRB) and the BioTrust Scientific Advisory Board (SAB). After a research request for DBS use is approved by all appropriate parties, MDHHS will serve as an "honest broker" by selecting the DBS for the individual study and performing any requested data linkages between the DBS and MDHHS public health data sources. After selection of all DBS and associated data, MDHHS will instruct the MNB to release portions of the selected DBS and data to the researcher. Prior to shipment, MNB replaces the MDHHS code with a new study specific code (No DBS or data is released with the MDHHS code attached). The double de-identification process and "honest broker" system provide extra protections to best assure the identity of the participants cannot be reconstructed by the researcher or MNB.  MDHHS registry information and data files are stored on a secure server with limited access by trained MDHHS staff. MDHHS staff is trained annually in data privacy and security and are required to complete the Collaborative Institutional Training Initiative (CITI) human subjects research module.  The Michigan BioTrust for Health has been approved by the chief medical executive as a medical research project (MCL 333.2631-333.2633) as enabled under Michigan law. This designation protects the stored DBS under Michigan law and limits the scope of permissible uses for dried blood spots to NBS quality improvement and test development, parent- or guardian directed medical research, crime victim identification, and de-identified medical research.

**10.) Reasons for Requesting a Certificate of Confidentiality**

    a. As part of this project, blood spots collected for the purpose of newborn screening are archived and may be used in de-identified research studies. Research studies may also request that blood spots be linked to MDHHS data sources such as NBS records, cancer surveillance, birth defects, and vital records. MDHHS wants the highest level of protection from subpoena or other legal actions attempting to force disclosure of DBS, data or research findings breaching confidentiality of test subjects.  The protection of the Certificate of Confidentiality would also help to protect the confidentiality of research participants in studies that may reveal highly sensitive information, for example:

  i. A link to readily identifiable information associated with individual DBS remains intact through MDHHS as the "honest broker".

  ii. DBS contain deeply private genetic material that could reveal disease or risk of disease.  Future genomic analyses may use DBS.

  iii. DBS may be used in infectious disease studies. Examples of these possible uses include studies of diseases like HIV or assessing effects of environmental exposures leading to disease risk.

**11.) Informed Consent Form(s) for Human Subjects, as it Will Read if the Certificate of Confidentiality is Issued (Attach Copy)**

 a. Attached (File name: BioTrust Consent & Brochure)

 b. <u>Description of consent materials and process:</u> Consent materials for the BioTrust study include both a consent form and a brochure. Both documents contain required elements of consent and cannot be used individually. The consent form is printed on the back of the newborn screening card in Michigan and is provided to families near the time of the newborn screen along with the brochure. This process is generally completed by birthing attendants in all Michigan birthing hospitals and home births. This process was initiated statewide in May of 2010. Parents or persons after reaching age 18 can change their consent decision by contacting MDHHS at any time. Blood spots collected prior to this date are available for use in de-identified research studies under a waiver of informed consent granted and reviewed annually by the MDHHS IRB. MDHHS offers persons an opportunity to opt out of research if their specimens are included in the archive but were collected before the prospective consent process was in place in 2010. The NBS program also has processes in place for parents or persons 18 years or older to request destruction of DBS stored by MDHHS.

**12.) Administration of Drugs in Research not Funded by NIH**

 a. N/A

**13.) All Research in which a Controlled Drug or Drugs will be Administered (Attach Copy)**

 a. N/A

**14.) Research Project Plans for Reporting Communicable Diseases**

 a. N/A not testing for reportable communicable diseases

**15.) Assurances**

 a. Attached (file name: Institutional Assurance Letter MDHHS)

REV 01/13/2020

# STATE OF MICHIGAN
## RECORDS RETENTION AND DISPOSAL SCHEDULE



**DHHS**          **Department of Health and Human Services**

**LAB**           **Laboratories**

| Item # | Series Title | Series Description | Retention Period | Approval Date |
|---|---|---|---|---|
| 00000- | Introduction | The Bureau of Laboratories was established under MCL 333.9601.  The Bureau provides a wide range of multidisciplinary diagnostic and analytical services to support public health initiatives related to the surveillance and control of communicable diseases, to support detection of genetic and metabolic errors in newborns, and to support activities related to environmental concerns. | | |
| 22440A- | Major Project Data Files (supersedes item #3911A) | These records document special health risk assessment projects.  They may include, but may not be limited to, laboratory data and work sheets. | RETAIN UNTIL: Project is closed PLUS: 25 years THEN: Destroy | 4/1/2003 |
| 22440B- | Special Studies/ Investigations Data Files (supersedes item #3911B) | These records document special health risk studies and investigations. They may include, but may not be limited to, laboratory data and worksheets. | RETAIN UNTIL: Study or investigation is completed PLUS: 7 years THEN: Destroy | 4/1/2003 |
| 22440C- | DEQ Referred Sample Records (supersedes item # 3911C) | These records document sampling of environmental and biological specimens for the DEQ.  They may include, but may not be limited to, raw data, quality controls, calibration information, and supporting documentation. | RETAIN UNTIL: Test is completed PLUS: 20 years THEN: Destroy | 4/1/2003 |
| 22440D- | Contract Studies Data Files (supersedes item # 3911D) | These records document research studies that are conducted in collaboration with outside agencies. They may include, but may not be limited to, raw data, test results, and data files. | RETAIN UNTIL: Research study is completed PLUS: 7 years THEN: Destroy | 4/1/2003 |

This agency-specific schedule supplements the approved general schedules.
General schedules are available online at
https://stateofmichigan.sharepoint.com/teams/insidemi/recordsmanagement/Pages/schedules.aspx .

Page 1

# STATE OF MICHIGAN
# RECORDS RETENTION AND DISPOSAL SCHEDULE

**DHHS**       **Department of Health and Human Services**

**LAB**       **Laboratories**

| Item # | Series Title | Series Description | Retention Period | Approval Date |
|---|---|---|---|---|
| 30353 - | Public Health Security and Bioterrorism Files | These records document the registration of entities that possess, use and transfer select agents and toxins. They are maintained in compliance with the Public Health Security and Bioterrorism Preparedness and Response Act of 2002. They may include, but may not be limited to, applications, and supporting documentation.  Per 42 CFR 73.17 (c) these records need to be maintained for three years. | RETAIN UNTIL: Date created PLUS: 3 years THEN: Destroy | 9/19/2006 |
| 36808 - | Newborn Screening Demographic Data | These records document demographic data that is collected from the newborn screening cards about newborns.  Data may include, but may not be limited to, demographic data about the baby, mother, hospital, submitter, and laboratory. | RETAIN UNTIL: Date created PLUS: 10 years THEN: Destroy | 3/14/2017 |
| 40410 - | Newborn Screening Cards | These records document the screening of all infants born in Michigan. Newborns are screened for more than fifty disorders in compliance with MCL 333.5431 - 5432. The cards may include, but may not be limited to, blood samples, baby's name, gender, birthdate, birth time, weight, gestational weeks, birth order, specimen date, collection time, medical record number, race, information on the mother, physician information, and submitter information (birth hospital or midwife). | RETAIN UNTIL: Date created PLUS: 35 years THEN: Destroy | 12/19/2017 |

This agency-specific schedule supplements the approved general schedules.
General schedules are available online at
https://stateofmichigan.sharepoint.com/teams/insidemi/recordsmanagement/Pages/schedules.aspx .
Page 3

Defendants-Appellants Appendix
Page 41

# STATE OF MICHIGAN
# RECORDS RETENTION AND DISPOSAL SCHEDULE

**DHHS**          **Department of Health and Human Services**

**LAB**           **Laboratories**

| Item # | Series Title | Series Description | Retention Period | Approval Date |
|--------|--------------|--------------------|--------------------|----------------|
| 40410A - | Newborn Screening Testing Data | These records document the screening of all infants born in Michigan. Newborns are screened for more than fifty disorders in compliance with MCL 333.5431 - 5432. The records may include newborn screening test reports, correlative demographic data, etc. | RETAIN UNTIL: Date created PLUS: 22 years THEN: Destroy | 12/19/2017 |
| 40411 - | Specimen Referral Records (supersedes item # 7056) | These records document specimens that are submitted to the Centers for Disease Control (CDC) or other referral laboratories for analysis.  They may include, but may not be limited to, submission forms, analysis reports, data, and supporting documentation. | RETAIN UNTIL: Date created PLUS: 2 years THEN: Destroy | 3/14/2017 |
| 40412 - | Laboratory Testing and Reporting Records (supersedes item # 7058, 22441) | These records document lab testing and reporting activities in compliance with Health Care Financing Administration (HCFA) rules under the Clinical Laboratory Improvement Amendments of 1988.  They may include, but may not be limited to, test requisitions, testing outputs (raw data), quality control data, preventative maintenance records, and laboratory reports. | RETAIN UNTIL: Date created PLUS: 2 years THEN: Destroy | 3/14/2017 |

This agency-specific schedule supplements the approved general schedules.
General schedules are available online at
https://stateofmichigan.sharepoint.com/teams/insidemi/recordsmanagement/Pages/schedules.aspx .

**STATE OF MICHIGAN**
**RECORDS RETENTION AND DISPOSAL SCHEDULE**

DHHS          **Department of Health and Human Services**

LAB           **Laboratories**

| Item # | Series Title | Series Description | Retention Period | Approval Date |
|--------|--------------|--------------------|------------------|---------------|
| 40413A - | Environmental Testing Records (supersedes item # 7060) | These record files document testing of environmental samples, unless otherwise defined, including environmental samples for lead tested in compliance with Environmental Protection Agency and American Industrial Hygiene Association guidelines; environmental samples tested under the Department of Homeland Security Biowatch program; food samples tested in compliance with USDA Food Safety Inspection Service and the FDA. The records may include, but may not be limited to, test requisitions, testing outputs (raw data), quality control data, preventive maintenance records, and laboratory reports. | RETAIN UNTIL: Date created PLUS: 5 years THEN: Destroy | 3/14/2017 |
| 40413B - | Animal Testing Records | These record files document testing of animals for infectious diseases. They may include, but may not be limited to, test requisitions, testing outputs (raw data), quality control data, preventive maintenance records, and laboratory reports. | RETAIN UNTIL: Date created PLUS: 2 years THEN: Destroy | 3/14/2017 |
| 40414 - | Validation Data | These records document the validation of test methods and systems prior to their use for reporting results.  They show that results are compatible with other researchers who use that test. They may include, but may not be limited to, raw data, data analyses, determinations of acceptability, summaries, and authorizations. | RETAIN UNTIL: Test methods and systems are no longer used PLUS: 2 years THEN: Destroy | 3/14/2017 |

This agency-specific schedule supplements the approved general schedules.
General schedules are available online at
https://stateofmichigan.sharepoint.com/teams/insidemi/recordsmanagement/Pages/schedules.aspx .
Page 4
Defendants-Appellants Appendix
Page 43

**STATE OF MICHIGAN**
**RECORDS RETENTION AND DISPOSAL SCHEDULE**

**DHHS**          **Department of Health and Human Services**

**LAB**            **Laboratories**

| Item # | Series Title | Series Description | Retention Period | Approval Date |
|---|---|---|---|---|
| 40415 - | Instrument Function Records | These records document that an instrument is functioning and producing acceptable results. They may include, but may not be limited to, preventative maintenance performed by the user, calibration information, and verification information. | RETAIN UNTIL: Date created PLUS: 2 years THEN: Destroy | 3/14/2017 |
| 40416 - | Instrument and Equipment Logs | These records document instrument failure, malfunction, troubleshooting, and major repairs. They may include validation data, and supporting documentation. | RETAIN UNTIL: Instrument is no longer in use PLUS: 2 years THEN: Destroy | 3/14/2017 |
| 40417 - | Laboratory Information Management System (LIMS) Site Acceptance Documents | These records document end user testing of new or modified functionality of the Laboratory Information Management System (LIMS). They may include, but may not be limited to, end user testing data, requests for change, and supporting documentation. | RETAIN UNTIL: LIMS is no longer is use PLUS: 2 years THEN: Destroy | 3/14/2017 |
| 40418 - | Incinerator Records | These records document use of the pathological waste incinerator. They may include, but may not be limited to, temperature charts, maintenance records, and inspection reports. | RETAIN UNTIL: Date created PLUS: 5 years THEN: Destroy | 3/14/2017 |
| 40419 - | Lab Waste Disposal Records | These records document the proper and safe disposal of lab waste, including hazardous, medical, universal and radioactive waste. They may include, but may not be limited to, manifests, waste characterizations, certificates of destruction, and proofs of disposal. | RETAIN UNTIL: Date created PLUS: 5 years THEN: Destroy | 3/14/2017 |

This agency-specific schedule supplements the approved general schedules.
General schedules are available online at
https://stateofmichigan.sharepoint.com/teams/insidemi/recordsmanagement/Pages/schedules.aspx .
Page 8

Defendants-Appellants Appendix
Page 44

**STATE OF MICHIGAN**
**RECORDS RETENTION AND DISPOSAL SCHEDULE**

DHHS          Department of Health and Human Services

LAB           Laboratories

| Item # | Series Title | Series Description | Retention Period | Approval Date |
|---|---|---|---|---|
| 41320 - | Laboratory Specimen Shipping Unit Requisition Forms | These records document requests for testing and shipping supplies that are received by the laboratory warehouse from clients.  These supplies are required for the submission of specimens to the MDHHS laboratory for testing. | RETAIN UNTIL: Request is filled PLUS: 1 year THEN: Destroy | 3/26/2019 |

This agency-specific schedule supplements the approved general schedules.
General schedules are available online at
https://stateofmichigan.sharepoint.com/teams/insidemi/recordsmanagement/Pages/schedules.aspx .

Page 4

Defendants-Appellants Appendix
Page 45

**EXHIBIT**
**30**
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

| STATE OF MICHIGAN 12TH JUDICIAL DISTRICT 4TH JUDICIAL CIRCUIT & COUNTY PROBATE | SUBPOENA Order to Appear and/or Produce | CASE NO. |
|---|---|---|

| Plaintiff(s) Petitioner(s) X People of the State of Michigan | V | In The Matter Of: |
|---|---|---|
| __ Civil    X   Criminal | | Charge: Open Murder |
| __ Probate   In the matter of | | |

In the Name of the People of the State of Michigan. To:

If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangements.
**YOU ARE ORDERED:**

___ 1. To appear personally at the time and place stated below: You may be required to appear from time to time and day to day until excused.

___The court address above    ___ Other:

| Day | | |
|---|---|---|

___2. Testify at trial / examination / hearing / Jackson County Courthouse, 312 S. Jackson Street, 2nd Floor, Jackson, MI.

_X_ 3. Produce and deliver copies of the following items:  **The PKU Card of** _____ born at _____ on _____ to mother _____ Please deliver to _____ _____ Police Department before _____ can be contacted by phone number _____

___4. Testify as to your assets, and bring with you the items listed in line 3 above.
___5. Testify at deposition.
___6. MCL 600.6104(2), 600.6116, or 600.6119 prohibitions against transferring or disposing of property attached.
___7. Other:

___ 8.

| Person requesting subpoena | Telephone no. |
|---|---|
| Address | |
| City          State          Zip | |

**FAILURE TO OBEY THE COMMANDS OF THE SUBPOENA OR APPEAR AT THE STATED TIME AND PLACE MAY SUBJECT YOU TO PENALTY FOR CONTEMPT OF COURT**

| | | Court use only |
|---|---|---|
| Date | Circuit/District Court Judge/Magistrate | __ Served __ Not Served |

MC 11 (8/99) SUBPOENA, Order to Appear and/or Produce

MCL 600.1455, 600.1701, 600.6110, 600.6119;
MSA 27A.1455, 27A.1701, 27A.6110, 27A.6119, MCR 2.506

| STATE OF MICHIGAN<br>12TH JUDICIAL DISTRICT<br>4TH JUDICIAL CIRCUIT<br>& COUNTY PROBATE | SUBPOENA<br>Order to Appear and/or Produce | CASE NO. |
|---|---|---|

| Plaintiff(s) Petitioner(s)<br>X People of the State of Michigan | | In The Matter Of: |
|---|---|---|
| ___ Civil   X Criminal | V | Charge: Open Murder |
| ___ Probate   In the matter of | | |

In the Name of the People of the State of Michigan. To:**Michigan Department of Community Mental Health**
**State Public Health Lab, Lansing, Michigan**
**C/O Harry Hawkins**

If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangements.
**YOU ARE ORDERED:**

___ 1. To appear personally at the time and place stated below: You may be required to appear from time to time and day to day until excused.

___ The court address above   ___ Other:

| Day | | | |
|---|---|---|---|

___ 2. Testify at trial / examination / hearing / Jackson County Courthouse, 312 S. Jackson Street, 2nd Floor, Jackson, MI.

X 3. Produce and deliver copies of the following items: The PKU Card of ▮
on ▮ ▮ **Please deliver to Detective**
▮ **Police Department before** ▮ can be
contacted by phone number ▮

___ 4. Testify as to your assets, and bring with you the items listed in line 3 above.
___ 5. Testify at deposition.
___ 6. MCL 600.6104(2), 600.6116, or 600.6119 prohibitions against transferring or disposing of property attached.
___ 7. Other:

| ___ 8. | Person requesting subpoena | | Telephone no. |
|---|---|---|---|
| | Address | | |
| | City    State    Zip | | |

**FAILURE TO OBEY THE COMMANDS OF THE SUBPOENA OR APPEAR AT THE STATED
TIME AND PLACE MAY SUBJECT YOU TO PENALTY FOR CONTEMPT OF COURT**

| Date | Circuit/District Court Judge/Magistrate | | Court use only |
|---|---|---|---|
| | | | ___ Served ___ Not Served |

MC 11 (8/99) SUBPOENA, Order to Appear and/or Produce

MCL 600.1455, 600.1701, 600.6110; 600.6119;
MSA 27A.1455, 27A.1701, 27A.6110, 27A.6119; MCR 2.506

08:08    P.01

# FEDERAL BUREAU OF INVESTIGATION
## FACSIMILE COVER SHEET

RECEIVED

MDCH LEGAL

| PRECEDENCE | | |
|---|---|---|
| (•) Immediate | ( ) Priority | ( ) Routine |

| CLASSIFICATION | | | | |
|---|---|---|---|---|
| ( ) Top Secret | ( ) Secret | (•) Confidential | ( ) Sensitive | ( ) Unclassified |

### TO

| Name of Office: **Michigan Department of Community Health** | Facsimile Number: **517-241-1200** | Date: |
|---|---|---|
| Attn: **Carrie Waggoner** | Room: | Telephone Number: **517-373-2049** |

### FROM

| Name of Office: | | Number of Pages: (including cover) **3** |
|---|---|---|
| Originator's Name: | Originator's Telephone Number: | Originator's Facsimile Number: |
| Approved: | | |

### DETAILS

Subject:
**Please find attached to this fax cover sheet a Federal Grand Jury Subpoena for Residual neonatal dried blood spot cards.**

Special Handling Instructions:
**Please contact sender to arrange for pick-up or delivery of these samples.**

Brief Description of Communication Faxed:

### WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this Information disclosure, reproduction, distribution, or use of this Information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

Defendants-Appellants Appendix
Page 48

AO 110 (Rev 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:    Michigan Department of Community Health          Grand Jury No. 
c/o Carrie Waggoner

  **YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Theodore Levin U.S. Courthouse<br>231 W. Lafayette<br>Detroit, Michigan 48226 | Date and Time: |
|---|---|

  You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Residual neonatal dried blood spot cards for:



*DAVID J. WEAVER, CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:



Page 1
State of Michigan

SS

## SEARCH WARRANT

**To the Sheriff or any peace officer of said county:** ▇▇▇▇▇▇▇▇ the affiant, having subscribed and sworn to an affidavit for a Search Warrant, and I having under oath examined the affiant, am satisfied that probable cause would exist:

**THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I COMMAND THAT YOU SEARCH THE FOLLOWING DESCRIBED PLACE:**

Michigan Department of Health & Human Services 3350 N MLK Blvd., P.O. Box 30689, Lansing Michigan 48906. The records department for Newborn Screening.

**And to there seize, tabulate and make return according to the law the following property or things.**

PKU Card (Blood Card) for ▇▇▇▇▇▇▇▇ This card will only be used for victim identification.

SUBSCRIBED AND SWORN TO BEFORE ME AND ISSUED UNDER MY HAND THIS ▇▇ DAY OF ▇▇ IN THE YEAR ▇▇



print

JUDGE/MAGISTRATE.                Date /            Time

1

Page 2
State of Michigan

SS

## AFFIDAVIT FOR SEARCH WARRANT

The following facts are sworn to by affiant in support of the issuance of this warrant:

1. The affiant is a member of the ▮▮▮▮ Department for the past fifteen years and is currently assigned to the ▮▮▮▮ Missing person Unit.

2. Affiant, along with members of the Homicide Unit (Special Assignment Squad), are investigating the a double fatal fire of ▮▮▮▮ and an unknown minor child believed to be ▮▮▮▮ This incident is documented on ▮▮▮

3. On ▮▮▮▮ at approximately ▮▮▮▮ members of the ▮▮▮ Fire Department responded to ▮▮▮▮ and found the house engulfed in flames. Once the fire was extinguished two bodies were discovered ▮▮▮▮ Police ▮▮▮▮ manned by Police Officers ▮▮▮▮ and ▮▮▮▮ responded to the scene and observed an adult and minor child ▮▮▮▮ non-responsive. The crew held the scene and made notifications.

4. ▮▮▮▮ was identified through morgue photo however the minor child sustained severe burns to the facial area and has not been positively identified.

5. ▮▮▮▮ had been the subject of an amber alert prior to the victims being discovered.

SWORN BY ME THIS 4TH DAY OF FEBRUARY IN THE YEAR ▮▮▮



AFFIANT ▮▮▮▮
Sergeant ▮▮▮▮
Police Department

Sign

Print
ASSISTANT PROSECUTING ATTORNEY
▮▮▮▮ Michigan

2

## CERTIFICATE THAT APPENDIX DOCUMENTS ARE PROPERLY PART OF DISTRICT COURT RECORD

1.     If record items are necessary that are not filed electronically, an appendix of those documents is required.  6 Cir. R. 30(a)(1).

2.     This appendix contains three exhibits that were admitted at a bench trial held before the district court, rendering them properly part of the district court record, but which were never filed electronically.

3.     The undersigned certifies that the appendix is necessary to Defendants-Appellants' brief on appeal and exclusively comprises documents that are part of the district court record, but which were not filed electronically.  6 Cir. R. 30(b)(2)(3).

/s/ Daniel J. Ping (P81482)
Assistant Attorney General
Counsel of Record
Attorney for Defendants-
Appellants
Michigan Department of
Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
(517) 335-7632
pingd@michigan.gov

## CERTIFICATE OF SERVICE

I certify that on November 28, 2023, the foregoing document and certificate was served on all parties or their counsel of record through the CM/ECF system.

/s/ Daniel J. Ping (P81482)
Assistant Attorney General
Counsel of Record
Attorney for Defendants-
Appellants
Michigan Department of
Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
(517) 335-7632
pingd@michigan.gov