No. 23-1733

# In the
# United States Court of Appeals
# for the Sixth Circuit

ADAM KANUSZEWSKI, et al,

      Plaintiffs-Appellees,

v.

MICHIGAN DEPARTMENT OF
HEALTH AND HUMAN
SERVICES, et al,

      Defendants-Appellants.

Appeal from the United
States District Court for
the Eastern District of
Michigan, Northern Division

The Honorable
Thomas Ludington,
Judge Presiding

## ERRATA SHEET RE CAPTION FOR BRIEF OF AMICI CURIAE: ASSOCIATION OF PUBLIC HEALTH LABORATORIES, ALD ALLIANCE, AMERICAN COLLEGE OF MEDICAL GENETICS AND GENOMICS, AND HCU NETWORK AMERICA IN SUPPORT OF APPELLANTS

It has come to the attention of counsel for the above-mentioned *amici curiae* that the cover page to the amicus brief submitted on December 4, 2023, contains two clerical errors: (1) the defendants are identified in the caption as "Defendants-Appellees" but should be identified as "Defendants-Appellants"; and (2) the cover indicates that the amicus brief is in support of appellees but should indicate that the brief supports the position of defendants-appellants.

The *amici curiae* (Association of Public Health Laboratories, ALD Alliance, American College of Medical Genetics and Genomics, and HCU Network America) respectfully submit this errata to correct those errors.

Respectfully submitted,

/s/ Kimberly A. Jansen
Kimberly A. Jansen
Hinshaw & Culbertson LLP
151 N Franklin St, Suite 2500
Chicago, IL 60606
312-704-3000
kjansen@hinshawlaw.com

*Counsel for Amici Curiae Association of Public Health Laboratories, ALD Alliance, American College of Medical Genetics and Genomics, and HCU Network America*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2023, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit using the appellate CM/ECF system.  All participants in the case are registered CM/ECF users and will be served by the system.

/s/ Kimberly A. Jansen

93897\315487754.v1