# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  December 14, 2023

Mr. Philip Lee Ellison

Ms. Kimberly A. Jansen

Mr. Jeremy C. Kennedy

Mr. Aaron Warren Levin

Mr. Daniel John Ping

Ms. Elisa Seeger

Re: Case No. 23-1733, *Adam Kanuszewski, et al v. Michigan Department of Health and Human Services, et al*
Originating Case No. 1:18-cv-10472

Dear Counsel,

   Briefing in this case will be held in abeyance temporarily pending a ruling on the motion to dismiss.  Motion to hold briefing in abeyance filed by Mr. Philip Lee Ellison is denied as moot. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

Sincerely yours,

s/Virginia Lee Padgett
Case Manager
Direct Dial No. 513-564-7032