Case No. 23-1733

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

ADAM KANUSZEWSKI; ASHLEY KANUSZEWSKI; D.W.L., Minor Child; R.F.K., Minor Child; C.K.K., Minor Child; SHANNON LAPORTE; M.T.L., Minor Child; E.M.O., Minor Child; LYNNETTE WIEGAND; L.R.W., Minor Child; C.J.W., Minor Child; H.J.W., Minor Child; M.L.W., Minor Child

    Plaintiffs - Appellees

v.

MICHIGAN DEPARTMENT OF HEALTH AND HUMAN SERVICES; NICK LYON, in his official and individual capacities; DOCTOR SANDIP SHAH, in his official and individual capacities; DOCTOR SARAH LYON-CALLO, in her official and individual capacities; MARY KLEYN, in her official and individual capacities; MICHIGAN NEONATAL BIOBANK, INC., aka Michigan Neonatal Biorepository; ROBERT GORDON; DIRECTOR ELIZABETH HERTEL; CHRISTOPHER KRAUSE

    Defendants - Appellants

Upon consideration of the motion for leave to file a brief of amicus curiae filed by Kimberly Jansen for Association of Public Health Laboratories, ALD Alliance, American College of Medical Genetics and Genomics, and HCU Network America,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

                                                  **ENTERED BY ORDER OF THE COURT**
                                                  Kelly L. Stephens, Clerk

Issued: February 27, 2025